| | |
|---|---|
| **Subject:** | FW: DRAFT Agreement |
| **Attachments:** | Resignation letter.pdf; Assignment to Joe.pdf; assignment to Zac.pdf; ALC Settlement Agreement EXECUTION .pdf |

**From:** Arie Y LEVY COHEN <arielevyycohen@gmail.com>
**Date:** Thursday, May 6, 2021 at 6:39 AM
**To:** Carl Volz <cvolz@breaker.io>
**Subject:** Re: DRAFT Agreement

Hi Carl,

Attached are the signed documents as requested. I also include my SNGLS and SNGJ wallets below.

SNGLS
0xfea5ec99b2b55412655985c9333137fe5e487f23

SNGJ
0x2fdD1A203082f8dF9A93CE6A85d55610Ca049388

Regards

Arie
--


CRYPTOGRAPHIC SECURITY | IDENTITY | LEGAL&COMPLIANCE

**ARIE Y. LEVY-COHEN**


BLOCKCHAIN | BANKING | ECONOMICS | FINANCE

On Wed, 5 May 2021 at 21:00, Carl Volz <cvolz@breaker.io> wrote:
> Arie – the following documents are attached for your signature: (a) execution copy of the settlement agreement; (b) letter resigning you from the board of directors; (c) assignment of half your shares to Zach; and (d) assignment of the other half of your shares to Joe.
>
> I think each of the documents will require you to write in a couple things (location, dates, etc.); your handwritten additions won't impact the legality of the documents at all. If you can return scans of the signed documents with your wallet address we will send the SNGLS and SNGJ tokens immediately. Once you've received the tokens, please drop me a line letting me know that you've received them and that all is well. We may have a few other docs to sign, including but not limited to a release with Codex, but we can manage that stuff after we've gotten the main documents signed.
>
> As always, if you have any questions or would like to discuss, please feel free to call me on my cell (below) at your convenience.

Best,

**Carl Volz**
General Counsel

708 601 0261 / [www.Breaker.io](www.Breaker.io)
40 Fulton St. 5th Fl. New York, NY  10038
New York / Zug / Los Angeles / Hong Kong

---

**From:** Arie Y LEVY COHEN <arielevyycohen@gmail.com>
**Date:** Wednesday, May 5, 2021 at 9:31 AM
**To:** Carl Volz <cvolz@breaker.io>
**Subject:** Re: DRAFT Agreement

Hi Carl,

Thanks for getting back to me, can you send me the relevant documents to sign. I'll also send my SNGLS wallet  to receive my  tokens.

Regards

Arie


--


CRYPTOGRAPHIC SECURITY  |   IDENTITY   |   LEGAL&COMPLIANCE

**ARIE Y. LEVY-COHEN**

BLOCKCHAIN | BANKING | ECONOMICS | FINANCE