**EXHIBIT "CV-B"**
Page 1

**SNGLS Original Recipient Wallet Address: 0xFEA5Ec99B2b55412655985c9333137Fe5e487F23**



**Outgoing Wallet Addresses:**

| 0x5e3E6F420A8d341fbF4583E8c46453173c78f8E3 | 0xffC35A9B54090C7C82931c02837Aff8b56BDfB21 | 0x812611b1cd734abade0879908ae1d4383b21d4f7 |

**EXHIBIT "CV-B"**
Page 2

**Wallet: 0x5e3E6F420A8d341fbF4583E8c46453173c78f8E3**



**Wallet: 0xffC35A9B54090C7C82931c02837Aff8b56BDfB21**



**EXHIBIT "CV-B"**
Page 3

**Wallet: 0x812611b1cd734abade0879908ae1d4383b21d4f7**

