# United States of America
### United States Patent and Trademark Office

# BINANCE

**Reg. No. 5,735,129**
**Registered Apr. 23, 2019**
**Int. Cl.: 35, 36**
**Service Mark**
**Principal Register**

Binance Holdings Limited  (CAYMAN ISLANDS LIMITED LIABILITY COMPANY)
Sertus Chambers, Govnrs Square Ste 5-204
23 Lime Tree Bay Ave., Po Box 2547
Grand Cayman, CAYMAN ISLANDS KY1-1104

CLASS 35: Business administration of consumer loyalty programs; auctioneering; bookkeeping; accounting services; business information management; business intermediary services relating to the matching of potential private investors with entrepreneurs needing funding; business management and organization consultancy; business research; commercial information and advice for consumers in the choice of products and services; competitive intelligence services; Accounting services, namely, drawing up of statement of accounts; market intelligence services; negotiation and conclusion of commercial transactions for third parties; Conducting public opinion polling; organization of exhibitions for commercial or advertising purposes; organization of trade fairs for commercial and advertising purposes; providing business information via a web site; provision of an on-line marketplace for buyers and sellers of goods and services; public relations; tax preparation

FIRST USE 6-22-2017; IN COMMERCE 6-22-2017

CLASS 36: Banking; Investment brokerage; capital investment; clearing financial transactions via a global computer network; clearing-houses, financial; safe deposit box services for the deposits of valuables; electronic funds transfer; exchanging money; financial analysis; financial consultancy; financial information; financing services; issuance of tokens of value; online banking; processing of credit card payments; processing of debit card payments; providing financial information via a web site; providing rebates at participating establishments of others through use of a membership card; safe deposit box services; securities brokerage; stock brokerage services; stock exchange quotations

FIRST USE 6-22-2017; IN COMMERCE 6-22-2017

The mark consists of the word "BINANCE" in stylized font.

SER. NO. 87-837,417, FILED 03-16-2018



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.