# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

October 18, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      **Re:**    **SingularDTV GmbH v. Doe; Civil Action No.: 1:21-cv-6000-VEC**

Dear Judge Caproni,

Pursuant to Your Honor's Order dated August 16, 2021 (Doc. No. 7) in the above-referenced matter, Plaintiff is directed to update the Court on the status of Plaintiff's effort to identify the Defendant.

On September 29, 2021, counsel for Google provided limited information to your undersigned. Specifically, the following information was provided:

- Google Account ID: 554515947617

- Name: Arie Y LEVY COHEN

- Given Name: Arie Y

- Family Name: LEVY COHEN

- e-Mail: arielevyycohen@gmail.com

- Alternate e-Mails:

- Created on: 2021-03-11 23:30:17 UTC

- Terms of Service IP: 143.167.240.15

- Last Logins: 2021-03-11 23:30:19 UTC

ACCOUNT RECOVERY

- Contact e-Mail: arielevyycohen@gmail.com

- Recovery e-Mail:

- Recovery SMS: +447598192799 [GB]

Hon. Valeri E. Caproni
October 18, 2021
Page 2


      This office has also been in communication with Binance's attorney Karen R. King (Morvillo Abramowitz Grand Iason & Anello PC).  We are waiting to see if they will cooperate with the subpoena.

      Plaintiff is working diligently to identify the Defendant in the above-captioned matter.

      Respectfully submitted,

Jerald M. Tenenbaum, Esq.
Morrison Tenenbaum PLLC
87 Walker Street, Floor 2
New York, NY 10013
(212) 620-0938
jerald@m-t-law.com

*Attorneys for Plaintiff*