# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-
LAW.COM 87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

November 15, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    **SingularDTV GmbH v. Doe; Civil Action No.: 1:21-cv-6000-VEC**

Dear Judge Caproni,

    Pursuant to your August 16, 2021 Order (Doc. No. 7) in the above-referenced matter, Plaintiff is directed to update the Court on the status of its efforts to identify the Defendant(s). Following the Order, our office issued subpoenas to Google Inc. and Binance Holdings Limited ("Binance"), who we understood to be in possession of information likely to lead to the identification of the perpetrator(s) of the fraud described in our Complaint. Google Inc. timely and diligently provided information in response to our Demand for Production of Documents, but that information has thus far not facilitated the identification of the John Doe defendant.

    As of this date, Binance has refused to comply with the Demand for Production of Documents authorized by this Court (the "Demand"). We have continued our dialogue with attorney Karen R. King (Morvillo Abramowitz Grand Iason & Anello PC), but those conversations, while initially encouraging, have not been productive. Most recently, we have been advised that unspecified regulatory restrictions and internal policies prevent Binance from disclosing the information in its possession that is likely to lead to the recovery of approximately $2,000,000 stolen from SingularDTV GmbH through a complex email scam.

    In response, we have offered to address their concerns by limiting the scope of the Demand and have suggested that responsive documents could be provided confidentially pursuant to stipulation. These proposals were rejected. As of our latest communication, Binance has maintained its refusal to disclose any information whatsoever related to this matter and the cryptocurrency wallets that received the proceeds of the fraud alleged in the complaint.

    Binance's disregard for legal process is consistent with a well-documented pattern of obfuscation and domicile shifting that has frustrated plaintiffs and regulators in many countries.

*SingularDTV GmbH v. Doe*
Civil Action No.: 1:21-cv-6000-VEC
Southern District of New York
Page 2

While they claim to be cooperating with law enforcement on other matters, Binance's refuses to comply with our Demand issued pursuant to a lawful order of the Court in this case.

    We will continue to press Binance to turn over the information in their possession; though we believe judicial intervention will ultimately be necessary.

                            Respectfully submitted,

                            Jerald M. Tenenbaum, Esq.
                            Morrison Tenenbaum PLLC
                            87 Walker Street, Second Flr.
                            New York, NY 10013
                            (212) 620-0938
                            jerald@m-t-law.com

                            *Attorneys for Plaintiff*

M+T