UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SINGULARDTV GMBH,<br><br>     *Plaintiff,*<br><br> v.<br><br>JOHN DOE,<br><br>     *Defendant.* | **MOTION TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24**<br><br>Case No. 1:21-cv-6000<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF SINGULARDTV'S MOTION TO INTERVENE OR, IN THE ALTERNATIVE, SUBSTITUTE COUNSEL

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of SingularDTV GmbH's Motion to Intervene or, in the alternative, Substitute Counsel (the "Motion"), the Declaration of Benjamin J. A. Sauter, Esq., Declaration of Patrik Allenspach, Declaration of Michael Mráz, the Notice of Motion, and any other argument or evidence that may be presented to the Court at a hearing on this matter, the undersigned will move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, NY, 10007, at a date and time to be determined by the Court, for an order granting leave to intervene as of right under Federal Rule of Civil Procedure 24(a), or, in the alternative, to substitute counsel in the above-captioned case under Local Civil Rule 1.4.

Dated: New York, New York
November 29, 2021

        Respectfully submitted,

        <u>/s/ Benjamin J. A. Sauter</u>
        Benjamin J. A. Sauter
        Christopher S. Cogburn
        KOBRE & KIM LLP
        800 Third Avenue
        New York, NY 10022
        Telephone: (212) 488-1200
        Facsimile: (212) 488-1220

        *Attorneys for Intervenor SingularDTV GmbH*