# EXHIBIT 1




About Us   Features   GAZE & Reward   Support   News   Contact

GazeTV Dapp

# A B O U T
# G A Z E T V

GazeTV is a decentralized blockchain-powered social entertainment platform with built-in incentives and reward functions. The GAZE tokenized ecosystem is built to empower creators to tailor their content and be awarded for their work, and audiences to reward creators and engage with video content a whole new way!

## Our Mission

GazeTV embraces and upholds content creation. We believe that content creation is invaluable, but on legacy video platforms, content creators are being exploited even though they constantly contribute their works to the platforms.

GazeTV is here to make a change – building a better platform and forming the Gazer community, a beneficial ecosystem for creators, audiences and the platform itself.

About Us    Features    GAZE & Reward    Support    News    Contact        GazeTV Dapp

# Meet Our Team



## Jack Cheng
Co-founder, GazeTV foundation



## Zach LeBeau
Co-founder, GazeTV foundation



## Kim Jackson
Co-founder, GazeTV foundation



## Jesse Co
Technology Lead, GazeTV.com



## Eric Chan
BD (OPS) Manager, GazeTV.com



## Jeffrey Cheung
BD Manager, GazeTV.com



About Us    Features    GAZE & Reward    Support    News    Contact

GazeTV Dapp





### Doreen Fung

Marketing Specialist, GazeTV.com

### Xavier Siu

Senior Visual Designer, GazeTV.com

# Resources
## Find our official brand assets here!

## Brand Logo & Icon

Positive

Negative

White monochromatic

**Download PNG**

**Download PNG**

**Download PNG**





About Us   Features   GAZE & Reward   Support   News   Contact

GazeTV Dapp

Download PNG       Download PNG

Download AI File       Download Logo Guideline

## Presentation Deck

English   繁體中文   简体中文   한국인   日本語

Copyright reserved © 2021 | GazeTV Foundation

GAZE Token Contract Address:
0xd1e06952708771f71e6dd18f06ee418f6e8fc564

Marketing@GazeTV.com

CoinMarketCap   CoinGecko   BlockSpot



