# EXHIBIT 5

03/16/2018 3:53 PM          16468383184          → 15184741418                                    ☐ 1

180319000405

**New York State**
**Department of State**
**DIVISION OF CORPORATIONS,**
**STATE RECORDS AND**
**UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

**NEW YORK**
**STATE OF**
**OPPORTUNITY.**

**Division of Corporations,**
**State Records and**
**Uniform Commercial Code**

# CERTIFICATE OF CHANGE
# OF

## SingularDTV, LLC

*(Insert Name of Domestic Limited Liability Company)*

### Under Section 211-A of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

SingularDTV LLC

If the name of the limited liability company has been changed, the name under which it was organized

is:

**SECOND:** The date of filing of the articles of organization is: 11.07.2016

**THIRD:** The change(s) effected hereby are: *[check appropriate statement(s)]*

1. ☐ The county location, within this state, in which the office of the limited liability company is

   located, is changed to:

2. ☑ The address to which the Secretary of State shall forward copies of process accepted on behalf of
   the limited liability company is changed to read in its entirety as follows:

   40 Fulton Street 5th Floor New York, NY 10038

3. ☐ The limited liability company hereby: *[check one]*

   ☐ Designates_____ as
   its registered agent upon whom process against the limited liability company may be served.
   The street address of the registered agent is:


   ☐ Changes the designation of its registered agent to:_____
   The street address of the registered agent is:


   ☐ Changes the address of its registered agent to:


   ☐ Revokes the authority of its registered agent.

Page 1 of 2

DOS-1359-f (Rev. 03/17)

180319000405

03/16/2018 3:53 PM          16468383184                    → 15184741418                          🗅 2

X _____          Capacity of Signer (Check appropriate box):          405
(Signature)
                                   ☑ Member
Kimberly Jackson
(Type or print name)               ☐ Manager

                                   ☐ Authorized Person


# CERTIFICATE OF CHANGE
# OF

SingularDTV LLC

(Insert Name of Domestic Limited Liability Company)

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

Kimberly Jackson                              STATE OF NEW YORK
Name:                                         DEPARTMENT OF STATE
SingularDTV LLC                               FILED  MAR 1 9 2018
Company, if Applicable:
40 Fulton Street  5th floor                   TAX $ _____
Mailing Address:
New York, NY 10038                            BY: _____
City, State and Zip Code:

NOTES:
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State.  This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company.  You are not required to use this form.  You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a $30 filing fee made payable to the Department of State.

(For office use only)

RECEIVED
2018 MAR 19 AM 9: 11

DOS-1359-f (Rev. 03/17)

414

Page 2 of 2