# EXHIBIT 6

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for WRITERS BLOCK LLC, File Number 200529060322 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on November 23, 2021.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100000676335 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:**     WRITERS BLOCK LLC

**FILING PERIOD:**      05/2020

---

**Part 1 - Service of Process Address (Address must be within the United States or its territories)**

| Name |
|---|
| WRITERS BLOCK LLC |

| Address Line 1 |
|---|
| 40 FULTON ST |

| Address Line 2 |
|---|
| 5TH FL |

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10038 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| EDWARD GREENWOOD |

| Capacity of Signer |
|---|
| AUTHORIZED PERSON |

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 05/29/2020**
**FILING NUMBER:  200529060322 - 5333406**