# EXHIBIT 2



# Circular Resolution

of the Board of Managing Directors of

SingularDTV GmbH, Zug, CHE-143.156.740

("Company")

---

The Board of Managing Directors of the Company, by way of circular resolution and without any member having requested a formal meeting, hereby adopts the following resolutions:

**Resolution**

**Mandate Kobre & Kim LLP**
The Board of Managing Directors resolves to mandate Kobre & Kim LLP, New York, USA, with regard to legal matters in the United States, including providing legal advice to aid the Company in recovering and securing the Company's assets. The Board of Managing Directors also resolves that Kobre & Kim LLP may mandate external experts, such as a forensic company, to the extent Kobre & Kim LLP deems necessary to do so and with prior written consent from the Company. The details (including costs) of the mandate of Kobre & Kim LLP and the external experts will be defined in a mandate agreement between Kobre & Kim LLP and the Company and/or between the external expert and the Company/Kobre & Kim LLP. Kobre & Kim LLP may exchange information with the Company's other legal counsel as required to support the interests of the Company and in-line with their mandate agreements.

_____        _____
Place, date                                               Arie Levy Cohen

NEW YORK, USA
Place, date
NOV 12/21                                                 Joseph Lubin



# Circular Resolution

of the Board of Managing Directors of

SingularDTV GmbH, Zug, CHE-143.156.740

("**Company**")

---

The Board of Managing Directors of the Company, by way of circular resolution and without any member having requested a formal meeting, hereby adopts the following resolutions:

**Resolution**

**Mandate Kobre & Kim LLP**
The Board of Managing Directors resolves to mandate Kobre & Kim LLP, New York, USA, with regard to legal matters in the United States, including providing legal advice to aid the Company in recovering and securing the Company's assets. The Board of Managing Directors also resolves that Kobre & Kim LLP may mandate external experts, such as a forensic company, to the extent Kobre & Kim LLP deems necessary to do so and with prior written consent from the Company. The details (including costs) of the mandate of Kobre & Kim LLP and the external experts will be defined in a mandate agreement between Kobre & Kim LLP and the Company and/or between the external expert and the Company/Kobre & Kim LLP. Kobre & Kim LLP may exchange information with the Company's other legal counsel as required to support the interests of the Company and in-line with their mandate agreements.

USA, 9 NOV 2021
Place, date

Arie Levy Cohen

_____
Place, date

Joseph Lubin