# EXHIBIT 4



# Circular Resolution

of the Board of Managing Directors of

SingularDTV GmbH, Zug, CHE-143.156.740

("Company")

---

The Board of Managing Directors of the Company, by way of circular resolution and without any member having requested a formal meeting, hereby adopts the following resolutions:

**Resolution**

**Mandate of Morrison-Tenenbaum, PLLC**
The Board of Managing Directors resolves that Morrison-Tenenbaum, PLLC does not and never did have authority to represent the Company in any way.  To the extent that Morrison-Tenenbaum, PLLC was purportedly engaged to represent the Company, such purported engagement is, to the extent possible by law, null and void and otherwise hereby terminated.  The Board of Managing Directors hereby resolves to not ratify any contract that Morrison-Tenenbaum, PLLC has entered into on behalf of the Company without authority and to revoke any authority that the Company purportedly has given to Morrison-Tenenbaum, PLLC to act on behalf of the Company.

Place, date                                                      Arie Levy Cohen

Place, date                                                      Joseph Lubin
NEW YORK, USA
NOV 12/21



# Circular Resolution

of the Board of Managing Directors of

SingularDTV GmbH, Zug, CHE-143.156.740

("**Company**")

---

The Board of Managing Directors of the Company, by way of circular resolution and without any member having requested a formal meeting, hereby adopts the following resolutions:

**Resolution**

**Mandate of Morrison-Tenenbaum, PLLC**
The Board of Managing Directors resolves that Morrison-Tenenbaum, PLLC does not and never did have authority to represent the Company in any way. To the extent that Morrison-Tenenbaum, PLLC was purportedly engaged to represent the Company, such purported engagement is, to the extent possible by law, null and void and otherwise hereby terminated. The Board of Managing Directors hereby resolves to not ratify any contract that Morrison-Tenenbaum, PLLC has entered into on behalf of the Company without authority and to revoke any authority that the Company purportedly has given to Morrison-Tenenbaum, PLLC to act on behalf of the Company.

USA, 9 Nov 2021
Place, date

_____
Arie Levy Cohen

_____
Place, date

_____
Joseph Lubin