# EXHIBIT 1

# Power of Attorney (Litigation)

The **Attorneys at law of Wenger & Vieli Ltd.**, namely:

| | | |
|---|---|---|
| Dr. iur. Christoph Schmid | lic. iur. Regula Grunder LL.M. | Dominique Roos, MLaw |
| Dr. iur. Peter Altorfer | lic. iur. Claudia Keller LL.M. | Nathalie Germann, MLaw |
| lic. iur. Bignia Vieli LL.M. | lic. iur. Marc Gerber | Dominik Rietiker, MLaw |
| Dr. iur. Michael Huber LL.M. | Daniel S. Weber LL.M., MLaw | Michelle Wiki, MLaw |
| lic. iur. Georg Zondler | Dr.iur, lic. rer. publ. Martin Peyer LL.M | Dominique Mattmann, MLaw |
| Dr. iur. Wolfgang Zürcher LL.M. | lic. iur. Patrick Näf LL.M. | David Wohlgemuth, MLaw |
| Dr. iur. Christian Wenger LL.M. | lic. iur. Marc Walter LL.M. | Ines Holderegger, MLaw |
| Dr. iur. Andreas Hünerwadel LL.M. | Dr. iur. Michael Baier LL.M., | Sophia Hartwig, MLaw |
| Dr. iur. Urs Weber-Stecher LL.M. | Dr. iur. Daniel P. Oehri LL.M. | Christian Hofstetter, MLaw |
| Dr. iur. Frank Scherrer LL.M. | Martin Berweger, M.A. HSG in Law | Tatjana Merz, MLaw |
| Dr. iur. Beat Walti | Florian Wegmann, M.A. HSG in Law | Kevin Vangehr, MLaw |
| Dr. iur. Roman Heiz LL.M. | Stephanie Lienhard, MLaw | Loris Baumgartner, MLaw |
| Dr. iur. Michael Mráz | Sebastian Huber LL.M., MLaw | Anna Tomaschek, MLaw |
| Dr. iur. Beat D. Speck LL.M. | Michèle Joho, M.A. HSG in Law | Mark P. Stocker, MLaw |
| lic. iur. Pascal Honold LL.M. | Dr. iur. Marcel Boller | |
| lic. iur. Philipp C. Lindenmayer LL.M. | Sabine Taxer, MLaw | |
| Dr. iur. Nicolas Bracher LL.M. | Meltem Steudler, MLaw | Dr. iur. Marco Cereghetti, of counsel |
| Dr. iur. Michael Tschudin | Alessa Waibel LL.M., MLaw | Prof. Dr. iur. Lorenz Droese, of counsel |
| Stefan Müller LL.M., MLaw | lic. iur. Nadine Zanetti | Prof. Dr. iur. Daniel Girsberger LL.M., of counsel |

are hereby empowered in the matter of **SingularDTV GmbH, Zug, Switzerland**

concerning **criminal, civil and administrative Litigations in Switzerland**

to perform (each individually) all legal acts of (a) holder(s) of an unlimited power of attorney, including the right to appoint proxies.

This power of attorney includes in particular the following rights: extrajudicial representation; representation before all courts of law, administrative authorities, and arbitral tribunals; entry into agreements as to jurisdiction, including venue and arbitration agreements; filing appeals; issuing disclaimers; entering into settlements; acknowledging and withdrawing civil actions; executions of judgment and agreed settlements; receiving and issuing securities, payments, and other objects of litigation; instituting and conducting debt collection procedures, including the filing of and representation in creditor recovery actions and insolvency procedures; representation in inheritance matters, public registrations and recordings, and land registry matters; representation in criminal matters, in particular the institution/filing and withdrawal of criminal actions and demands for prosecution.

This power of attorney shall not expire upon the death of the client, upon the client's being declared presumed dead, upon the client's loss of capacity to act, or upon the client's bankruptcy.

The client hereby assigns to Wenger & Vieli Ltd. any court-awarded compensation for legal expenses, up to the amount of its claims, on account of payment.

Place, date: _Zug, 31.8.2021_

The Principal:

SingularDTV GmbH

Patrik Allenspach

**wenger & vieli**