# EXHIBIT 2

**SingularDTV GmbH,**
Switzerland (the **Company**)

To: **All Managing Directors of the Company** (the **Board**)

May 19, 2021

**Invitation to Meeting of the Board**

Dear Board members:

I herewith invite you to a meeting of the Board to be held on May 27, 2021, 5:00 PM CET. We will hold the Board meeting via videoconference. The coordinates for the videoconference will follow separately. The agenda items for the meeting are the following:

1.    Constitution of the Meeting

2.    Discussion of the CHF 2 million compliance incident and potential measures and resolutions to be taken

3.    Discussion of actions of Zachary LeBeau

4.    Miscellaneous

Yours sincerely,

Arie Yehuda Levy Cohen
Chairman of the Board