**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/30/21__

| | |
|---|---|
| SINGULARDTV GMBH, | **MOTION TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24** |
| *Plaintiff,* | |
| v. | |
| JOHN DOE, | Case No. 1:21-cv-6000 |
| *Defendant.* | **ORAL ARGUMENT REQUESTED** |

## NOTICE OF SINGULARDTV'S MOTION TO INTERVENE OR, IN THE ALTERNATIVE, SUBSTITUTE COUNSEL

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of SingularDTV GmbH's Motion to Intervene or, in the alternative, Substitute Counsel (the "Motion"), the Declaration of Benjamin J. A. Sauter, Esq., Declaration of Patrik Allenspach, Declaration of Michael Mráz, the Notice of Motion, and any other argument or evidence that may be presented to the Court at a hearing on this matter, the undersigned will move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, NY, 10007, at a date and time to be determined by the Court, for an order granting leave to intervene as of right under Federal Rule of Civil Procedure 24(a), or, in the alternative, to substitute counsel in the above-captioned case under Local Civil Rule 1.4.

Dated: New York, New York

November 29, 2021

Respectfully submitted,

/s/ Benjamin J. A. Sauter
Benjamin J. A. Sauter
Christopher S. Cogburn
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220

*Attorneys for Intervenor SingularDTV GmbH*

---

The parties are directed to respond by **December 15, 2021** indicating why the Court should not permit Singular DTV GmbH to intervene or substitute counsel in this case.  SingularDTV's reply is due not later than **December 21, 2021**.

SO ORDERED.

11/30/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE