# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

December 15, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:     **SingularDTV GmbH v. Doe; Civil Action No.: 1:21-cv-6000-VEC**

Dear Judge Caproni,

Morrison Tenenbaum PLLC is current counsel of record in the above referenced matter. We write to request a brief extension of the deadlines related to the Motion to Intervene or, in the alternative to Substitute Counsel filed on November 29, 2021, by Benjamin J.A. Sauter of the firm Kobre & Kim LLP. The parties have agreed to a short extension of the deadlines set forth by Your Honor:

Response Due          December 17, 2021          12:00 pm
Movant's Reply Due    December 23, 2021

We request the Court's approval of this brief extension and apologize for the late notice.

Respectfully submitted,

Jerald M. Tenenbaum, Esq.
Morrison Tenenbaum PLLC
 87 Walker Street, Second Flr.
New York, NY 10013
(212) 620-0938
jerald@m-t-law.com

*Attorneys for Plaintiff*