# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

December 15, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   **SingularDTV GmbH v. Doe; Civil Action No.: 1:21-cv-6000-VEC**
      **Status Update**

Dear Judge Caproni,

    Due to the Motion to Intervene currently pending before this Court, our office has taken no further action with respect to Subpoenas served upon Binance Holdings Limited or its affiliated companies in the above referenced matter.

Respectfully submitted,

Jerald M. Tenenbaum, Esq.
Morrison Tenenbaum PLLC
87 Walker Street, Second Flr.
New York, NY 10013
(212) 620-0938
jerald@m-t-law.com

*Attorneys for Plaintiff*