# EXHIBIT 1

| STATUTEN | ARTICLES OF ASSOCIATION |
|---|---|
| der | of |
| **SingularDTV GmbH**<br>**(SingularDTV Sàrl)**<br>**(SingularDTV LLC)** | **SingularDTV LLC**<br>**(SingularDTV GmbH)**<br>**(SingularDTV Sàrl)** |
| mit Sitz in Zug | having its registered office in Zug |

## I. Name und Sitz

### Art. 1

Unter der Firma

SingularDTV GmbH
(SingularDTV Sàrl)
(SingularDTV LLC)

besteht eine Gesellschaft mit beschränkter Haftung gem. Art. 772 ff. des Schweizerischen Obligationenrechts ("OR") mit Sitz in Zug, Schweiz. Die Dauer der Gesellschaft ist unbeschränkt.

## II. Gegenstand und Zweck

### Art. 2

Der Hauptzweck der Gesellschaft ist die Entwicklung, Vermarktung, Vertrieb und Lizenzierung von Software, insbesondere die Schaffung einer Blockchain und Ethereum basierten Produktions- und Vertriebs-Plattform, sowie die Entwicklung, Vermarktung, Vertrieb und Lizenzierung von qualitativ hochstehenden Film- und TV-Inhalten.

Die Gesellschaft kann auch alle kommerziellen, finanziellen oder andere Tätigkeiten ausüben, welche mit dem Zweck der Gesellschaft im Zusammenhang stehen.

Die Gesellschaft kann ferner im In- und Ausland Zweigniederlassungen und Tochtergesellschaften errichten, sich an anderen Unternehmen in gleichen oder ähnlichen Geschäftsbereichen im In- und Ausland beteiligen oder derartige Unternehmen errichten, erwerben oder finanzieren. Sie kann Liegenschaften erwerben, halten und veräussern.

## I. Name and Registered Office

### Art. 1

Under the corporate name

SingularDTV LLC
(SingularDTV GmbH)
(SingularDTV Sàrl)

a corporation with limited liability exists pursuant to art. 772 et seq. Swiss Federal Code of Obligations ("CO") having its legal seat in Zug. The duration of the corporation is unlimited.

## II. Object and Purpose

### Art. 2

The main object of the Company is the development, marketing, distribution and licensing of software, especially the creation of a blockchain and Etherum based production and distribution platform, and development, marketing, distribution and licensing of high quality original film and television content.

The corporation may also engage and carry out any commercial, financial or other activities which are related to the purpose of the corporation.

The corporation may also establish branches and subsidiaries in Switzerland and abroad, participate in or hold other enterprises of identical or similar nature in Switzerland and abroad or establish, acquire of finance such enterprises. It can acquire, hold and sell real estate.



| | |
|---|---|
| **III. Stammkapital und Stammeinlagen** | **III. Nominal Capital and Shares** |
| **Art. 3** | **Art. 3** |
| Das Stammkapital der Gesellschaft beträgt CHF 20'000.-- Es ist eingeteilt in 200 Stammanteile zu CHF 100.--. | The nominal capital of the corporation shall be CHF 20'000.--, divided into 200 shares, with par value of CHF 100.-- . |
| **IV. Anteilbuch** | **IV. Share Register** |
| **Art. 4** | **Art. 4** |
| Die Geschäftsführer führen über die Stammanteile ein Anteilbuch. | The company keeps a register of capital contributions. |
| In das Anteilbuch sind einzutragen: | The following information must be entered in the register of contributions: |
| 1. die Gesellschafter, (ggf.) Nutzniesser und Pfandgläubiger mit Namen und Adresse sowie Geburtsdatum; | 1. the names and addresses, date of birth of the company members (hereinafter the "shareholders"), (if any) usufructuaries and pledgees (creditors); |
| 2. die Anzahl, der Nennwert und (ggf.) die Kategorie der Stammanteile jedes Gesellschafters; | 2. the number, the nominal value and (if any) the class of the capital contributions of each shareholder; |
| Gesellschafter, die nicht zur Ausübung des Stimmrechts und der damit zusammenhängenden Rechte befugt sind, müssen als Gesellschafter ohne Stimmrecht bezeichnet werden. | Shareholders not entitled to exercise voting rights and related rights must be specifically indicated as company members without voting rights. |
| Die Gesellschafter melden den Geschäftsführern die Änderungen der eingetragenen Tatsachen zur Eintragung in das Anteilbuch. | The shareholders report to the board of managing directors any changes of the registered facts |
| Die Gesellschafter haben das Recht, in das Anteilbuch Einsicht zu nehmen. | Shareholders have the right to inspect the share register. |
| **Art. 5** | **Art. 5** |
| Wird das Stammkapital erhöht, so hat jeder Gesellschafter das Recht, sich im Verhältnis seiner bisherigen Beteiligung am neuen Stammkapital zu beteiligen. | In the event of a capital increase each shareholder shall be entitled to subscribe shares in proportion to his existing participation in the corporation. |
| **Art. 6** | **Art. 6** |
| Wer allein oder in gemeinsamer Absprache mit Dritten Stammanteile der Gesellschaft erwirbt und dadurch den Grenzwert von 25 Prozent des Stammkapitals oder der Stimmen erreicht oder überschreitet, muss der Gesellschaft innert Monatsfrist den Vor- und den Nachnamen und die Adresse der natürlichen Person melden, für die er letztendlich handelt (wirtschaftlich berechtigte Person). | Any person who alone or by agreement with third parties acquires capital contributions and thus reaches or exceeds the threshold of 25 per cent of the nominal capital or votes must within one month give notice to the corporation of the first name and surname and the address of the natural person for whom it is ultimately acting (the beneficial owner). |

| | |
|---|---|
| **Art. 7** | **Art. 7** |
| Die Gesellschaft führt ein Verzeichnis über die der Gesellschaft gemeldeten wirtschaftlich berechtigten Personen. | The corporation keeps a register of the beneficial owners reported to the corporation. |
| Das Verzeichnis muss so geführt werden, dass in der Schweiz jederzeit darauf zugegriffen werden kann. | The register shall be kept in such a manner that it can be accessed at any time in Switzerland. |
| **Art. 8** | **Art. 8** |
| Solange die Gesellschafter ihren Meldepflichten nicht nachgekommen sind, ruhen die Mitgliedschaftsrechte, die mit diesen Stammanteilen verbunden sind. | As long as the shareholders fail to comply with their obligations to give notice, the membership rights conferred by those shares are suspended. |
| Die Vermögensrechte, die mit solchen Stammanteilen verbunden sind, können die Gesellschafter erst geltend machen, wenn sie ihren Meldepflichten nachgekommen sind. | The shareholders may only exercise the property rights conferred by those shares if they have complied with their obligations to give notice of their ownership. |
| Kommen die Gesellschafter ihren Meldepflichten nicht innert eines Monats nach dem Erwerb der Stammanteile nach, so sind die Vermögensrechte verwirkt. Holen sie die Meldung zu einem späteren Zeitpunkt nach, so können sie die ab diesem Zeitpunkt entstehenden Vermögensrechte geltend machen. | If the shareholders fail to comply with their obligations to give notice within one month of acquiring the shares, the property rights lapse. If they give notice at a later date, they may exercise the property rights arising from that date. |
| **V. Übertragung von Gesellschaftsanteilen** | **V. Transfer of Shares in the Corporation** |
| **Art. 9** | **Art. 9** |
| Die Veräusserung oder jede andere Form der Abtretung von Stammanteilen oder eines Teiles davon sowie die Verpflichtung zur Abtretung, bedürfen zu ihrer Gültigkeit der schriftlichen Form und der schriftlichen Zustimmung der Gesellschafterversammlung (Art. 786 Abs. 1, Art. 808b Abs. 1 Ziff. 4 OR). | The sale or any other form of assignment of a capital contribution or parts thereof and any obligation to make such assignments requires the consent of the shareholders' general meeting in written form (art. 786 para. 1, art. 808b para. 1 sub para. 4 CO). |
| Die Gesellschafterversammlung kann die Zustimmung ohne Angabe von Gründen verweigern. | The shareholders' general meeting shall not refuse consent without cause. |
| Die Abtretung ist erst mit Zustimmung der Gesellschafterversammlung rechtswirksam. | Such assignment shall however become legally effective only upon approval by the shareholders' general meeting. |
| Werden Stammanteile durch Erbgang, Erbteilung, eheliches Güterrecht oder Zwangsvollstreckung erworben, so gehen alle Rechte und Pflichten, die damit verbunden sind, ohne Zustimmung der Gesellschafterversammlung auf die erwerbende Person über. Für die Ausübung des Stimmrechts und der damit zusammenhängenden Rechte bedarf | Where capital contributions are acquired through inheritance, distribution of an estate to the heirs, matrimonial property law or enforcement proceedings, all related rights and obligations are transferred to the acquirer without requiring the consent of the shareholders' general meeting. In order to exercise voting rights and related rights, |

| | |
|---|---|
| die erwerbende Person jedoch der Anerkennung der Gesellschafterversammlung als stimmberechtigter Gesellschafter. | however, the acquirer requires the recognition of the shareholders' general meeting as a corporation member who is eligible to vote. |
| Die vertragliche Einräumung einer Nutzniessung an Stammanteilen ist ausgeschlossen. | The contractual creation of a usufruct over shares is excluded. |
| Die Bestellung eines Pfandrechts an Stammanteilen bedarf der Zustimmung der Gesellschafterversammlung. Diese darf die Zustimmung nur aus wichtigen Gründen verweigern (Art. 789b OR). | Granting of liens on shares is only effective upon consent of the shareholders' general meeting. It may refuse its consent only for good cause (art. 789b CO). |

## VI. Vorkaufsrecht – Verfahren und Festsetzung des Preises | VI. Pre-Emptive Right

**Art. 10** | **Art. 10**

Jedem Gesellschafter steht an den Stammanteilen der anderen Gesellschafter ein Vorkaufsrecht zu. | Each shareholder has a pre-emptive right to purchase the shares of other shareholders.

Das Vorkaufsrecht an den Stammanteilen ist zum wirklichen Wert auszuüben. Massgebend ist der Zeitpunkt der Ausübung des Vorkaufsrechts. | The pre-emptive right to purchase the shares has to be exercised to the effective value at the point in time when the right of first refusal is exercised.

## VII. Organisation der Gesellschaft | VII. Organisation of the Corporation

**Art. 11** | **Art. 11**

Die Organe der Gesellschaft sind: | The corporate agents of the corporation shall be:

A. Die Gesellschafterversammlung
B. Die Geschäftsführung
C. Die Revisionsstelle (sofern nicht darauf verzichtet wird)

A. the shareholders' general meeting
B. the board of managing directors
C. the auditor (if not waived)

## A. Die Gesellschafterversammlung | A. Shareholders' General Meeting

**Art. 12** | **Art. 12**

Oberstes Organ der Gesellschaft ist die Gesellschafterversammlung. Ihr stehen folgende unübertragbare Befugnisse zu: | The supreme governing body of the corporation is the shareholders' general meeting. It shall have the following inalienable powers:

1. die Änderung der Statuten;
2. die Wahl und Abberufung von Geschäftsführern;
3. die Bestellung und Abberufung der Mitglieder der Revisionsstelle und des Konzernrechnungsprüfers;
4. Genehmigung des Lageberichts und der Kon-

1. to amend the articles of association;
2. to appoint and remove the managing directors;
3. to appoint and remove the members of the auditor and the group auditor;
4. to approve the management report and the

| | |
|---|---|
| zernrechnung; | consolidated accounts; |
| 5. die Genehmigung der Jahresrechnung sowie die Beschlussfassung über die Verwendung des Bilanzgewinnes, insbesondere die Festsetzung der Dividende an die Gesellschafter und Tantieme der Geschäftsführer; | 5. to approve the annual accounts and the resolution on the allocation of the balance sheet profit, and in particular to decide on the distribution of dividends to shareholders and the royalties to be paid to managing directors; |
| 6. die Festsetzung der Entschädigung der Geschäftsführer; | 6. to determine the remuneration to be paid to managing directors; |
| 7. die Entlastung der Geschäftsführer; | 7. to grant discharge from liability to the managing directors; |
| 8. die Zustimmung zur Abtretung von Stammanteilen beziehungsweise die Anerkennung als stimmberechtigter Gesellschafter; | 8. to consent to the assignment of capital contributions (shares) or to recognize a shareholder as a member with voting rights; |
| 9. die Zustimmung zur Bestellung eines Pfandrechts an Stammanteilen; | 9. to consent to the granting of liens on shares; |
| 10. die Beschlussfassung über die Ausübung statutarischer Vorhand-, Vorkaufs- oder Kaufrechte; | 10. to pass resolutions on the exercise of option rights, acquisition and pre-emption rights; |
| 11. die Ermächtigung der Geschäftsführer zum Erwerb eigener Stammanteile durch die Gesellschaft oder die Genehmigung eines solchen Erwerbs; | 11. to authorize the board of managing directors to acquire the corporation's own shares in the name of the corporation or to approve such an acquisition; |
| 12. die nähere Regelung von Nebenleistungspflichten in einem Reglement, falls die Statuten auf ein Reglement verweisen; | 12. to adopt detailed regulations on ancillary obligations of shareholders where the articles of association make reference to such regulations; |
| 13. die Zustimmung zu Tätigkeiten der Geschäftsführer und der Gesellschafter, die gegen die Treuepflicht oder das Konkurrenzverbot verstossen, sofern die Statuten auf das Erfordernis der Zustimmung aller Gesellschafter verzichten; | 13. to consent to activities of the managing directors or shareholders that do not comply with the duty of loyalty or non-competition, where the articles of association waive the requirement of consent of all shareholders; |
| 14. die Beschlussfassung über den Antrag an das Gericht, einen Gesellschafter aus wichtigem Grund auszuschliessen; | 14. to decide on whether an application should be filed with the court in order to exclude a shareholder for good cause; |
| 15. der Ausschluss eines Gesellschafters aus in den Statuten vorgesehenen Gründen; | 15. to exclude a shareholder because of reasons provided for in the articles of association; |
| 16. die Auflösung der Gesellschaft; | 16. to dissolve the corporation; |
| 17. die Genehmigung von Geschäften der Geschäftsführer, für die die Statuten die Zustimmung der Gesellschafterversammlung fordern; | 17. to approve transactions carried out by the managing directors that require the consent of the general meeting of shareholders pursuant to the articles of association; |

| | |
|---|---|
| 18. die Beschlussfassung über weitere Gegenstände, die das Gesetz oder die Statuten der Gesellschafterversammlung vorbehalten. | 18. to decide on matters that are reserved to the shareholders' general meeting by law or by the articles of association. |

### Art. 13

Die ordentliche Gesellschafterversammlung wird alljährlich innerhalb von 6 Monaten nach Schluss des Geschäftsjahres abgehalten. Ausserordentliche Versammlungen werden bei Bedarf einberufen.

Die Gesellschafterversammlung wird von den Geschäftsführern, nötigenfalls durch die Revisionsstelle oder durch das Gericht einberufen. Das Einberufungsrecht steht auch den Liquidatoren zu.

Ferner können einer oder mehrere Gesellschafter, die zusammen mindestens den zehnten Teil des Stammkapitals vertreten, die Einberufung einer Gesellschafterversammlung durch schriftliches Begehren an die Geschäftsführung unter Angabe des Zweckes verlangen.

Die Geschäftsführung hat in diesem Falle die Gesellschafterversammlung auf einen Termin innerhalb eines Monates seit Eingang des Begehrens einzuberufen.

Sie findet am Sitz der Gesellschaft oder an einem anderen vom einberufenden Organ zu bestimmenden Ort im In- oder Ausland statt.

### Art. 14

Die Gesellschafterversammlung wird durch einmalige Einladung mittels Brief, Email oder Fax an die Gesellschafter unter Angabe der Traktanden einberufen, wobei die Einladung mindestens 20 Tage vor dem Versammlungstage bei den Adressaten eintreffen muss.

### Art. 15

Den Vorsitz in der Gesellschafterversammlung führt der Präsident, in dessen Verhinderungsfalle ein anderes von der Geschäftsführung bestimmtes Mitglied derselben. Ist kein Mitglied der Geschäftsführung anwesend, wählt die Gesellschafterversammlung einen Tagesvorsitzenden, der nicht Gesellschafter zu sein braucht. Der Vorsitzende bezeichnet einen Protokollführer und nötigenfalls

### Art. 13

The shareholders' general meeting shall be held annually within 6 months upon termination of the financial year. Extraordinary general meetings of shareholders may be convened as often as required.

The shareholders' general meeting is convened by the managing directors, or if necessary by the auditors or by the court. The liquidators also have the right to convene a shareholders' general meeting.

A general meeting may also be convened by one or more shareholders together representing at least one-tenth of the share capital upon a written request indicating the reason for the meeting.

In such a case the managing directors shall convene a shareholder's general meeting at a date within one month after receipt of the request.

General meetings shall take place at the registered office of the corporation or at some other venue in or outside Switzerland to be specified by the convening body.

### Art. 14

The shareholders' general meeting shall be convened by a single notice provided to the shareholders by letter, e-mail or fax, specifying the agenda items; the notice must reach the addressees not less than 20 days prior to the date of the meeting.

### Art. 15

The general meeting of shareholders shall be chaired by the president of the board of managing directors, or, in his absence, by another member of the board of managing directors. If no member of the board of managing directors is present, the general meeting of shareholders has to elect another chairman for that day, who must not be a shareholder of the corporation. The Chairman shall ap-

| | |
|---|---|
| einen Stimmenzähler, die beide nicht Gesellschafter zu sein brauchen. Protokollführer und Stimmenzähler können die gleiche Person sein. | point a person to take the minutes and a person counting the votes, both of which must not be shareholders. For both functions one person may be appointed. |

### Art. 16

Eine Gesellschafterversammlung kann auch ohne Einhaltung der für die Einberufung vorgeschriebenen Formvorschriften abgehalten werden, wenn und solange sämtliche Gesellschafter anwesend bzw. vertreten sind und kein Anwesender dagegen Einspruch erhebt. Anwesenheit umfasst jeweils auch die Teilnahme an der Gesellschafterversammlung via real-time Video- oder Telefonkonferenz (bspw. Skype oder ähnlich). In einer solchen Versammlung kann über alle in den Geschäftskreis der Gesellschafterversammlung fallenden Gegenstände gültig verhandelt und Beschluss gefasst werden (Universalversammlung).

### Art. 16

A shareholders' general meeting may also be held without observing the prescribed formalities for the calling of a meeting if and provided that all shareholders are present or represented and no person present raises any objections. Presence means physical presence, presence by real-time video or telephone conference (e.g. Skype or similar).
Such a meeting may validly discuss and pass resolutions on all items of business falling within the scope of competence of the shareholder's general meeting (meeting of all shareholders).

### Art. 17

Die Geschäftsführung kann, statt eine Gesellschafterversammlung einzuberufen, jederzeit sämtliche in den Geschäftskreis der Gesellschafterversammlung fallenden Gegenstände der Beschlussfassung auf dem Wege der schriftlichen Abstimmung unterstellen, soweit es sich nicht um der öffentlichen Beurkundung bedürftige Beschlüsse handelt und solange kein Gesellschafter mündliche Beratung verlangt.

Beschliesst die Geschäftsführung schriftliche Abstimmung, so hat sie die Gegenstände, über die schriftlich abgestimmt werden soll, sämtlichen Gesellschaftern mittels Brief, Fax oder E-Mail bekanntzugeben. Die Gesellschafter haben ihre Stimme ihrerseits schriftlich abzugeben. Für die Stimmabgabe ist eine Frist von mindestens 20 Tagen anzusetzen, gerechnet vom Tage der Versendung der Aufforderung zur schriftlichen Stimmabgabe bis zum Tage des Eintreffens der Stimmabgabe bei der Gesellschaft. Stimmen, die zu spät eintreffen, zählen nicht. Stillschweigen gilt als Ablehnung des betreffenden Antrages.

### Art. 17

In place of convening a shareholders' general meeting the managing directors may at any time submit all items of business falling within the scope of competence of the shareholders general meeting to a resolution in writing save for items requiring a resolution recorded in form of a public deed, provided that no shareholder requests a consultation in person.

In case the board of managing directors would like to pass circular resolutions in writing, it shall send the agenda items to be decided on by letter, fax or e-mail. The shareholders shall in turn cast their votes in writing. A time limit of not less than 20 days shall be set for voting, counted from the date of submitting the request to cast a vote by circular resolution to the date on which the vote reaches the corporation. Votes arriving too late do not count. Silence shall be deemed to be rejection of the proposed resolution concerned.

### Art. 18

Das Stimmrecht der Gesellschafter bemisst sich nach dem Nennwert ihrer Stammanteile.

Jeder Gesellschafter hat mindestens eine Stimme.

### Art. 18

The voting rights of the shareholders are determined by the nominal value of their capital contributions.

Each shareholder has at least one vote.

**Art. 19**

Jeder Gesellschafter kann sich durch einen anderen Gesellschafter oder durch einen zur Verschwiegenheit verpflichteten Dritten an der Gesellschafterversammlung vertreten lassen. In allen Fällen ist eine schriftliche Vollmacht beizubringen. Das Schriftlichkeitserfordernis ist auch bei einer elektronisch übermittelten Vollmacht erfüllt (bspw. als elektronisch oder handunterzeichneter Anhang einer E-Mail oder lediglich bestehend aus E-Mail-Text, SMS oder ähnlich ohne Handunterschrift).

**Art. 20**

Die Gesellschafterversammlung ist beschlussfähig, wenn mindestens die Hälfte des gesamten Stammkapitals vertreten ist. Sind diese Voraussetzungen nicht erfüllt, so muss innerhalb eines Monates nach der ersten Versammlung eine zweite einberufen werden. Diese ist, wenn sie ordnungsgemäss einberufen wurde, beschlussfähig.

Die Gesellschafterversammlung fasst ihre Beschlüsse und vollzieht ihre Wahlen mit der absoluten Mehrheit der anwesenden bzw. vertretenen Stimmen; vorbehalten bleiben Bestimmungen des Gesetzes oder dieser Statuten, die für einzelnen Gegenstände ein qualifiziertes Mehr vorschreiben.

Beschlüsse können auch schriftlich gefasst werden, sofern nicht ein Gesellschafter die mündliche Beratung verlangt.

**Art. 21**

Die Beschlüsse und Wahlen der Gesellschafterversammlung sind im Protokoll festzuhalten, das vom Vorsitzenden und vom Protokollführer zu unterzeichnen ist.

**B. Die Geschäftsführung**

**Art. 22**

Die Geschäftsführung kann aus einer oder mehreren Personen bestehen, die nicht Gesellschafter sein müssen. Die Geschäftsführer werden auf unbestimmte Zeit gewählt. Die Geschäftsführung konstituiert sich selbst.

Mindestens eine geschäftsführende Person (Geschäftsführer oder Direktoren), welche Einzelunterschrift hat oder zwei geschäftsführende Personen, welche Kollektivunterschriftsbefugnis haben,

**Art. 19**

Each shareholder may appoint another shareholder or a third party being bound to confidentiality obligations to represent him at a shareholders' general meeting. A written proxy shall be presented in any case. The requirement for the written form is also fulfilled in case of an electronically provided proxy (for example as electronically or by hand signed attachment of an email or only consisting of email text, SMS or similar without signature by hand).

**Art. 20**

The general shareholders' meeting shall constitute a quorum when not less than half of the entire nominal capital is present or represented. If such requirements are not satisfied, a second meeting must be convened within one month after the first meeting. Such meeting shall form a quorum if it has been convened in due form.

The shareholders' general meeting shall pass its resolutions and make its appointments by an absolute majority of the votes present or represented, without prejudice to provisions of law or of these Articles that prescribe a qualified majority for specific items of business.

Resolutions may also be passed in writing unless a member requests a verbal consultation.

**Art. 21**

The resolutions passed and appointments made by the shareholder's general meeting shall be recorded in minutes to be signed by the chairperson and the person taking the minutes.

**B. The Board of Managing Directors**

**Art. 22**

The board of managing directors may consist of one or more persons who do not need to be shareholders. The managing directors shall be appointed for an unlimited term. Otherwise, the Board of managing directors constitutes itself.

At least one person (member of the board of managing directors or director) who is authorized to sign for the corporation alone or two managing directors with joint signature rights must be resi-

| | |
|---|---|
| muss bzw. müssen in der Schweiz Wohnsitz haben. | dent in Switzerland. |

**Art. 23**

Der Geschäftsführung obliegt die oberste Leitung der Gesellschaft und die Überwachung der Geschäftsführung. Sie vertritt die Gesellschaft nach aussen und besorgt alle Angelegenheiten, die nicht nach Gesetz, Statuten oder Reglement einem anderen Organ der Gesellschaft übertragen sind.

Die Geschäftsführung hat folgende unübertragbare und unentziehbare Aufgaben (Art. 810 Abs. 2 OR):

1. die Oberleitung der Gesellschaft und die Erteilung der nötigen Weisungen;

2. die Festlegung der Organisation im Rahmen von Gesetz und Statuten;

3. die Ausgestaltung des Rechnungswesens und der Finanzkontrolle sowie der Finanzplanung, sofern diese für die Führung der Gesellschaft notwendig ist;

4. die Aufsicht über die Personen, denen Teile der Geschäftsführung übertragen sind, namentlich im Hinblick auf die Befolgung der Gesetze, Statuten, Reglemente und Weisungen;

5. die Erstellung des Geschäftsberichtes (Jahresrechnung und Anhang, ggf. Konzernrechnung);

6. die Vorbereitung der Gesellschafterversammlung sowie die Ausführung der Beschlüsse; und

7. die Benachrichtigung des Gerichts im Falle der Überschuldung.

Die Geschäftsführung erlässt bei Bedarf ein Geschäftsreglement, in welchem die Organisation, Zuständigkeit, Kompetenzverteilung, Beschlussfassung etc. der Geschäftsführung geregelt ist. Zirkularbeschlüsse sind zulässig.

**Art. 23**

The board of managing directors is entrusted with the overall management of the corporation and the supervision of the managing directors. It shall represent the corporation externally and manages all activities unless responsibility for these has not been assigned to or reserved for another executive body of the corporation pursuant to law, the articles of association or regulations.

The board of managing directors has the following inalienable and irrevocable competences and duties (art. 810 para. 2 CO):

1. the overall management of the corporation and issuing the required directives;

2. determining the organisation in accordance with the law and the Articles of Association;

3. organising the accounting, financial control and financial planning systems (liquidity planning) to the extent as required for the management of the corporation;

4. supervision of the persons to whom management responsibilities were delegated, in particular with regard to compliance with the law, articles of association, regulations and directives;

5. the preparation of the annual financial report (annual financial statement including balance sheet, profit and loss accounts, the notes and consolidated accounts [only if required by law];

6. the preparation of the shareholder's general meeting of the corporation and execution of its resolutions; and

7. the notification of the court in the event that the corporation is overindebted.

The board of managing directors shall be authorized to issue management regulations (organizational-by-laws) concerning the organization, responsibility, allocation of competences, and decision-making of the managing directors. Circular resolutions are permitted.

| | |
|---|---|
| **Art. 24** | **Art. 24** |
| Die Gesellschafterversammlung ist berechtigt, aus ihrer Mitte Ausschüsse und Delegierte zu bestellen, welche die Geschäftsführung beaufsichtigen. | The shareholder's general meeting shall be entitled to appoint committees and delegates from amongst its shareholders to supervise the managing directors. |
| **Art. 25** | **Art. 25** |
| Die Geschäftsführer dürfen Tätigkeiten ausüben, die gegen das gesetzliche Konkurrenzverbot verstossen, sofern alle Gesellschafter schriftlich zustimmen. | Managing directors may only undertake activities opposing the statutory non-competition clause, as far as each shareholder gives its consent in writing. |
| **C. Revisionsstelle** | **C. Audit Corporation** |
| **Art. 26** | **Art. 26** |
| Die Gesellschafterversammlung wählt eine Revisionsstelle. | The shareholder's general meeting elects a corporate auditor. |
| Sie kann auf die Wahl einer Revisionsstelle verzichten, wenn: | The shareholder's general meeting can waive the audit, if: |
| 1. die Gesellschaft nicht zur ordentlichen Revision verpflichtet ist; | 1. the corporation has no duty to an ordinary audit; |
| 2. sämtliche Gesellschafter zustimmen; und | 2. all shareholders consent to the waive of the limited audit; and |
| 3. die Gesellschaft nicht mehr als zehn Vollzeitstellen im Jahresdurchschnitt hat. | 3. the corporation does not have an average annual number of full-time employment positions of more than ten. |
| Der Verzicht gilt auch für die nachfolgenden Jahre. Jeder Gesellschafter hat jedoch das Recht, spätestens 20 Tage vor der Gesellschafterversammlung die Durchführung einer eingeschränkten Revision und die Wahl einer entsprechenden Revisionsstelle zu verlangen. Die Gesellschafterversammlung darf diesfalls die Beschlüsse über die Genehmigung der Jahresrechnung sowie Verwendung des Bilanzgewinnes erst fassen, wenn der Revisionsbericht vorliegt. | If the shareholders have waived the limited audit, such waiver shall extend to the following years. Each shareholder, however, has the right to request a non-ordinary limited audit and the election of an auditor no later than 20 days prior to the shareholders' general meeting. In such a case the resolutions on the approval of the annual report, the annual financial statement and the use of the balance sheet profit can be passed only when the auditors' report has been issued. |
| Die Revisionsstelle hat die Rechte und Pflichten gemäss Art. 727 ff. OR. Sie ist gehalten, der Gesellschafterversammlung, für welche sie Bericht zu erstatten hat, beizuwohnen. Durch einstimmigen Beschluss kann die Gesellschafterversammlung auf die Anwesenheit der Revisionsstelle verzichten. | The corporate auditor's rights and obligations are those foreseen in art. 727 et seq. CO. The auditor must attend the corporation's general Meeting to which it must report. The shareholders' general meeting may waive its right to the corporate auditor's presence by unanimous resolution. |

| VI. Jahresabschluss und Gewinnverteilung | VI. Annual Financial Statements and Appropriation of Profit |
|---|---|
| **Art. 27** | **Art. 27** |
| Das erste Geschäftsjahr beginnt am 1. Januar und endet am 31. Dezember, d.h. erstmals am 31. Dezember 2017. | The first business year begins on January 1, and ends as of December 31, for the first time on December 31, 2017 |
| **Art. 28** | **Art. 28** |
| Die jährliche Bilanz sowie die Gewinn- und Verlustrechnung sind nach den Grundsätzen kaufmännischer Buchführung und unter Beobachtung der gesetzlichen Vorschriften zu erstellen. | The annual balance sheet and income statement shall be prepared in accordance with commercial accounting principles and in compliance with the legal requirements. |
| **Art. 29** | **Art. 29** |
| Über die Verwendung des Reingewinnes beschliesst die Gesellschafterversammlung unter Beobachtung der gesetzlichen Vorschriften über die Bildung eines Reservefonds. | The shareholder's general meeting shall resolve on the appropriation of the net profit in compliance with the reserve requirements prescribed by law. |
| Die Gesellschafterversammlung ist befugt, den Gewinn ganz oder teilweise auf neue Rechnung vorzutragen oder die Anlage weiterer Reservefonds beschliessen und deren Zweckbestimmung und Verwendung festzusetzen. | The shareholder's general meeting shall be authorized to carry the profit forward to new account in whole or in part or to decide to set aside additional reserve funds and pass resolutions on the purpose of appropriation thereof. |
| **Art. 30** | **Art. 30** |
| Die Bücher und Schriften sind am Sitze der Gesellschaft oder an einem anderen von der Gesellschafterversammlung zu bestimmenden Ort den Gesellschaftern zur Einsicht zur Verfügung zu stellen. | The books and records shall be available to the shareholders for inspection at the registered office of the corporation or at some other place to be specified by the shareholders' general meeting. |
| **VII. Auflösung und Liquidation** | **VII. Dissolution and Liquidation** |
| **Art. 31** | **Art. 31** |
| Die Gesellschafterversammlung kann jederzeit die Auflösung und Liquidation der Gesellschaft nach Massgabe der gesetzlichen und statutarischen Vorschriften beschliessen. | The shareholder's general meeting may at any time resolve the dissolution and liquidation of the corporation in accordance with the provisions of law and the Articles of Association. |
| Wird die Auflösung der Gesellschaft beschlossen, so wird die Liquidation der Gesellschaft nach den Vorschriften des Schweizerischen Obligationenrechtes ("OR") durchgeführt. Die Liquidation wird von der Geschäftsführung besorgt, falls die Gesellschafterversammlung damit nicht andere Personen betraut. | In case of dissolution of the corporation, the liquidation of the corporation shall be effected in accordance with the requirements of the Swiss Federal Code of Obligations ("CO"). The liquidation shall be carried out by the board of managing directors unless the shareholders' general meeting hast not entrusted the same to other |

persons.

### Art. 32

Das Vermögen der aufgelösten Gesellschaft wird nach Tilgung der Schulden unter die Gesellschafter im Verhältnis zu den auf ihre Gesellschaftsanteile eingezahlten Beträge verteilt.

### Art. 32

After discharge of all debts the assets of the dissolved corporation shall be distributed among the shareholders in proportion to the amounts paid-in on their shares of the corporation.

## VIII. Bekanntmachungen

### Art. 33

Die Mitteilungen an die Gesellschafter erfolgen durch Brief, Fax oder E-Mail an die im Anteilbuch eingetragenen Adressen. Publikationsorgan der Gesellschaft ist das Schweizerische Handelsamtsblatt.

## VIII. Notices / Publications

### Art. 33

Notices to the shareholders shall be sent by ordinary mail, fax or e-mail to the addresses registered with the shareholders' register. The publication instrument of the corporation shall be the Swiss Official Gazette of Commerce.

**Note:**
The English translation is for reference only. In case of doubt, the German version shall prevail.

Zug, 28. Oktober 2016                                       Zug, 28 October 2016



## Beglaubigung

Die unterzeichnete Urkundsperson des Kantons Zug, Rechtsanwalt Dr. Thomas Müller, Gubelstrasse 11, 6300 Zug, bescheinigt, dass diese Statuten, umfassend 12 Seiten, an der heutigen Gründungsversammlung der SingularDTV GmbH (SingularDTV Sàrl; SingularDTV LLC) mit Sitz in Zug, vorlagen und der einstimmig genehmigten Fassung entsprechen.

Zug, 28. Oktober 2016                                              Die Urkundsperson:

