UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SINGULARDTV GMBH, <br><br> *Plaintiff,* <br><br> v. <br><br> JOHN DOE, <br><br> *Defendant.* | Case No. 1:21-cv-6000 |

**SUPPLEMENTAL DECLARATION OF BENJAMIN J. A. SAUTER
IN SUPPORT OF
MOTION TO INTERVENE OR, IN THE ALTERNATIVE, SUBSTITUTE COUNSEL**

1. I, Benjamin J.A. Sauter, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

2. I am an attorney duly admitted to practice law in the State of New York. I am a member of the bar of New York. I am currently a partner and attorney with Kobre & Kim LLP ("Kobre & Kim"), located at 800 Third Avenue, New York, New York 10022. Kobre & Kim is counsel for SingularDTV GmbH ("SingularDTV" or the "Company") in this action.

3. I submit this Declaration in support of SingularDTV's Motion to Intervene or, in the Alternative, to Substitute Counsel as a supplement to my previous Declaration (Dkt. No. 13). The statements in this Declaration are true to the best of my own knowledge and belief.

4. Attached as Exhibit 8 is a true and correct copy of a Q1 2021 PowerPoint presentation regarding a proposed SaaS platform.

5. Attached as Exhibit 9 is a true and correct copy of a June 21, 2021 e-mail from Jake Craven to Michael Kriak.

1

2

      6.      <u>Attached as Exhibit 10 is a true and correct copy of an August 13, 2019 e-mail from Carl Volz to Amrita Rizal.</u>

      7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 23, 2021
           New York, New York

                                            /s/ Benjamin J. A. Sauter
                                            Benjamin J. A. Sauter