# EXHIBIT 8



# THE FUTURE OF
# LICENSE FEE & ROYALTY MANAGEMENT
## HAS ARRIVED



# WHY WE'RE HERE

*Discovery is a top entertainment studio: TV, streaming, merchandising, international presence...but…*

1. Distributor and partner non-transparency cost the Discovery $200MM+ per year
2. The decades-old method of in-house accounting for   license fee payments can cost another $1-2MM per year
3. The opportunity cost of foregone Discovery consumer data is incalculable

# THIS IS BIG MONEY

It is estimated that 2-7%* of license fee revenues earned are not remitted to the licensor.

*Daniel Burns Associates, proprietary estimates*

# Licensing, streaming, rights, revenue and royalties are getting more complex...






















# THIS IS A COSTLY PROBLEM...
# AND BIG OPPORTUNITY

License fee collection and verification methods have remained unchanged for decades - to the advantage of licensees.

Discovery suffers the same costly problems of underpayments, lack of transparency, inefficient workflows and deficient data as other IP owners, large and small – this results in expensive and laborious audits and dispute resolution, legal fees, software licenses and other costs.

# VALUE PROPOSITION

## 1. MORE PROFIT

Reduced frequency and severity of underpayments, lower Discovery operational costs

### HIGHER REVENUE

- Transparent billing data
- Reduce underpayments and interpretation surprises every year
- Receive payments in real-time

### LOWER COSTS

- Reduced accounting & reconciliation work
- Reduced audit costs and management time spent
- Reduced legal expense

## 2. STRATEGIC VALUE

Improve data, focus on valuable growth initiatives

vs. processing

### RISK MANAGEMENT

- Quantify total exposure for first time ever
- Enable data-based risk assessments across the entire league and all products

### PARTNER RELATIONSHIPS

- Lower audit tension
- Simplify renegotiations via data from a common interface
- Give best-in-class service to downstream participants

### CRITICAL DATA

- Mitigate the data disadvantage in real-time
- Increase data accuracy, reduce GIGO problems in your analytics

# HOW DO WE FIX IT?

Migrating to blockchain-powered **Smart Contracts**.* Smart Contracts present the *ultimate*  contract administration and payment method for Discovery Communications - and can now change the decades-old payment process that has cost the company *billions*.


We at Breaker are here to make this change with you.

*\* Smart Contracts are automated software that digitally facilitates, verifies and/or enforces the terms of a contract – in real-time, and for each participant*

# BREAKER SAW THIS COMING…

*Pioneering Smart Contracts for media royalty and licensing payments since 2014.*



- 2014: Zach LeBeau, Kim Jackson and Joe Lubin partner to form SingularDTV - the world's first blockchain entertainment studio; Lubin founds ConsenSys with SDTV as an initial member
- 2016: SDTV creates and releases the first Ethereum API and the first ever, successful multi-smart contract system
- 2018: SDTV launches Breaker.io, the first ever blockchain-based VOD platform; blockchain powered royalty management reaches hundreds of distributors, producers and media creators around the world
- 2019: Breaker.io royalty management systems reaches 1000+ media asset milestone
- 2020: SingularDTV launches B2B SaaS tool for enterprise-level media license fee payments

You can see Breaker.io experts at educational sessions and panels at major industry events such as Cannes Marche Du Film; European Film Market; American Film Market; Sundance; TIFF; SXSW; Rotterdam; IBC, Media Finance Focus (Media Financial Management Association) and more.

# Many enterprises are already investing in, and deploying, blockchain solutions to tackle legacy business challenges





















# INDUSTRY
# CASE STUDIES





CASE STUDY #1

# Walmart uses blockchain to improve food safety by tracing supply chains



"Our customers deserve a more transparent supply chain. We felt the one-step-up and one-step-back model of food traceability was outdated for the 21st century. This is a smart, technology-supported move that will greatly benefit our customers and transform the food system, benefitting all stakeholders."

-Frank Yiannas, Vice President of Food Safety for Walmart

# CASE STUDY #2

## The NBA has made blockchain news twice in the last 12 months

**PRESS RELEASE**                          **NBA.COM**

### Sacramento Kings Launch League's First Live Blockchain-Powered Auction Platform for Authentic Memorabilia with Consensys and Treum

Platform Uses Ethereum Blockchain to Verify Genuine Kings Memorabilia.

| JAN 15, 2020

The Kings were named the "Most Innovative Company in Sports" by Fast Company and the "Most Tech Savvy-Team of 2016" by SportTechie, and were also the 2017 recipient of Sports Business Journal's "Facility of the Year."

— NBA press release

*How investing $150K in Spencer Dinwiddie would actually work*



Tokenization effort for NBA player contract on Ethereum blockchain, 2019

# EY is investing in becoming the lead Big 4 accounting firm in blockchain





"Blockchain technology holds tremendous promise to bring in a new era of transparency, accountability and efficiency in business. I am working to make sure that happens and, in particular, to ensure that open, decentralized and truly public blockchains are successful."

"80-90% of VC money and 80-90% of blockchain developers are in Ethereum."

— Paul Brody, Global Blockchain Leader at EY

# CASE STUDY #4

Breaker, an automated, and fully auditable solution for content owners to collect usage-based license fee revenue with full transparency – for the first time ever





Breaker.io has deployed Smart Contract tools for 77 content owners and over 6,000 individual recipients of payments.





# WHAT NOW?

We're applying blockchain to media companies' license fee and royalty payments.

Let's look at how this works…

15

# CURRENT STATE

- Discovery gets little data.

- Has to accept "the honor system" for its content payments.

- It's been this way for decades.



# CURRENT STATE

- Discovery gets little data.

- Has to accept "the honor system" for its content payments.

- It's been this way for decades.



# CURRENT STATE

- Discovery gets little data.

- Has to accept "the honor system" for its content payments.

- It's been this way for decades.



# CURRENT STATE

- Discovery gets little data.

- Has to accept "the honor system" for its content payments.

- It's been this way for decades.



# Ushering in the New World with Breaker

Provides a way for data, money and terms of an agreement to move instantly and transparently between stakeholders — all displayed on a simple interface.

Avoids costly erroneous payments, slow payments, and inaccurate data influencing deals and agreements.

Consumer purchases Discovery media







# MEDIA NETWORK PAYMENT JOURNEY: EXAMPLE

*Step 1 : MVPD's consumer buys media/merchandise*

*Step 2.5: Calculate royalties to "downstream" participants, can remit instantly*

*Step 2: Smart Contract calculates rev share, pays Network instantly*

**3rd Party Distributors**

*Live Reporting Dashboard*

21

# SUMMARY

## Blockchain improves upon a costly system

| Problem | | Solution | | Financial Value | | Strategic Value |
|---|---|---|---|---|---|---|
| Lost money, Lost Data:<br><br>Distributor remittance systems and policies cost Discovery a lot of money… and they will likely get worse. | ➡ | **Blockchain:**<br><br>Many companies are now testing the technology – Discovery can now, too, at no risk. | ➡ | Increase Discovery's license fee revenue, reduce cost of payment management and processing | ➕ | Reduce Discovery's data asymmetry problem *vis a vie* its Licensors |

# NEXT STEPS

Breaker can provide a test of blockchain's capabilities for Discovery today

Timeframe = 45-60 days

Output: comparison of full, immediate data and payments versus current state

**LET'S GET STARTED!**

23



# THANK YOU

Richard Taub

RTaub@Breaker.io


Adam Lesh

ALesh@Breaker.io

