# EXHIBIT 9

| | |
|---|---|
| **From:** | Jake Craven |
| **To:** | Michael Kriak |
| **Subject:** | Re: Connecting |
| **Date:** | Monday, June 21, 2021 11:00:16 PM |

Hi Mike,

Good to hear from you.  I would love to fill you in on all of the progress we have made with SAAS, but this puts me in an unfortunate position.

At this time, I have to follow our counsel's directive and hold off.

I look forward to getting you up to speed once everything is settled, hopefully soon.

All the best,
Jake

On Mon, Jun 21, 2021 at 12:07 PM Michael Kriak <michael.kriak@mesh.xyz> wrote:
> Hey Jake - I hope you are doing well.  I'd appreciate the opportunity to connect with you on how we can continue to execute on the Breaker business plan.
>
> There's a lot to unpack so best to chat live.  When might be good for you? Perhaps 9:30am PT tomorrow?  Or what works.
>
> (FYI I sent this to your personal email in case you felt awkward responding from your Breaker account)
>
> Mike
>
> --
>
> 
>
> **Michael Kriak**
> Managing Operating Partner
>
> michael.kriak@mesh.xyz
> mesh.xyz

--
**Jake Craven**
Tel: 818 939 8997