# **EXHIBIT 10**

| | |
|---|---|
| **From:** | Patrik Allenspach <patrik.allenspach@palpro.ch> |
| **Sent:** | Friday, December 10, 2021 9:29 AM |
| **To:** | patrik.allenspach@palpro.ch |
| **Subject:** | WG: BoD Topics |

Von: Carl Volz <cvolz@breaker.io>
Gesendet: Dienstag, 13. August 2019 19:09
An: Amrita Rizal <arizal@breaker.io>
Betreff: RE: BoD Topics

I'm not sure we addressed all of your questions on our call this morning.  Arie is still a board member, at least for the time being.  He has not been dismissed but has chosen not to participate in board meetings because of perceived hostility of Zach/Kim and/or because of his health.  As such, Joe has had and has executed his proxy since middle of last year.

We'll have to make sure that Joe understands that he's also removing Arie from the board.  He may suspect that but I can't tell for sure.

Carl Volz

General Counsel

708 601 0261 / www.Breaker.io <http://www.Breaker.io>
40 Fulton St. 5th Fl. New York, NY  10038 New York / Zug / Los Angeles / Hong Kong

 <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=emailclient> 	Virenfrei. www.avast.com <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=emailclient>