# EXHIBIT 1

**All successful Ethereum transactions
from 0xc78310231aa53bd3d0fea2f8c705c67730929d8f
to 0x3d83898c713ab127f6a844aec4fcef8e66d1ddfe**

| Date and Time | ETH | Etherscan Price | Etherscan Market Value | CoinGecko Price | CoinGecko Market Value |
|---|---|---|---|---|---|
| 10/9/2019 16:33 | 2000 | 193.43 | 386,860.00 | 180.79 | 361,579.59 |
| 10/17/2019 14:22 | 1000 | 177.50 | 177,500.00 | 175.05 | 175,054.07 |
| 11/6/2019 14:56 | 5000 | 191.24 | 956,200.00 | 189.17 | 945,828.78 |
| 12/5/2019 15:01 | 5000 | 148.32 | 741,600.00 | 145.40 | 727,008.55 |
| 12/12/2019 14:34 | 5000 | 145.05 | 725,250.00 | 143.12 | 715,614.89 |
| 12/27/2019 19:03 | 6500 | 126.50 | 822,250.00 | 125.61 | 816,494.80 |
| 1/15/2020 15:06 | 4000 | 166.22 | 664,880.00 | 165.99 | 663,965.75 |
| 2/6/2020 15:11 | 5000 | 212.88 | 1,064,400.00 | 203.86 | 1,019,296.59 |
| 2/14/2020 1:23 | 5000 | 285.79 | 1,428,950.00 | 267.67 | 1,338,352.22 |
| 5/6/2020 19:38 | 15000 | 199.10 | 2,986,500.00 | 205.23 | 3,078,377.70 |
| 8/3/2020 19:20 | 5000 | 386.10 | 1,930,500.00 | 370.73 | 1,853,661.51 |
| 8/21/2020 19:29 | 500 | 387.98 | 193,990.00 | 416.47 | 208,234.89 |
| 8/31/2020 18:22 | 1000 | 434.10 | 434,100.00 | 428.30 | 428,295.68 |
| 11/7/2020 15:03 | 1000 | 435.82 | 435,820.00 | 454.65 | 454,651.54 |
| 11/20/2020 16:26 | 1000 | 510.43 | 510,430.00 | 471.32 | 471,317.96 |
| 11/24/2020 13:25 | 1000 | 604.98 | 604,980.00 | 608.27 | 608,273.31 |
| 12/16/2020 17:44 | 2500 | 637.74 | 1,594,350.00 | 589.07 | 1,472,667.08 |
| 12/28/2020 13:44 | 1000 | 729.59 | 729,590.00 | 689.66 | 689,659.86 |
| 1/4/2021 13:22 | 1000 | 1,043.16 | 1,043,160.00 | 967.00 | 967,000.60 |
| 1/7/2021 15:25 | 1000 | 1,225.50 | 1,225,500.00 | 1,208.58 | 1,208,575.09 |
| 1/19/2021 14:17 | 1000 | 1,367.65 | 1,367,650.00 | 1,255.98 | 1,255,976.69 |
| 4/16/2021 8:23 | 250 | 2,430.91 | 607,727.50 | 2,514.17 | 628,542.10 |
| 5/4/2021 21:17 | 599 | 3,241.09 | 1,941,412.91 | 3,439.86 | 2,060,473.19 |
| | | | | | |
| *Total* | 70,349 | | $ 22,573,600.41 | | $ 22,148,902.44 |