# **EXHIBIT 2**

# gaze

**INVOICE (SDTV01)**
**1 of 2**

**August 16, 2020**

To:

SingularDTV GmbH
Poststrasse 30
6300 Zug, Switzerland

From:

GazeTV Foundation
238 North Church Street
George Town, Cayman Islands
PO Box 31489, KY1-1206

## SERVICES

1. Develop strategy for, and assess viability of, transitioning Breaker's content to the platform under development by GazeTV.

2. Analyze synergy points between GazeTV's development roadmap and SingularDTV's mission.

3. Explore viability of absorbing SingularDTV's SNGLS tokenized ecosystem into the GazeTV tokenized ecosystem for the benefit of SNGLS token holders.

4. Assess the rebranding of SingularDTV and Breaker into the GazeTV brand.

5. Advise the restructuring of SingularDTV and Breaker for the purpose of merger or sale.

Remit the ETH equivalent of **$150,000** to wallet address:

**0xb943032aB8CA7750697b0DfcE3567d3891ca473c**

www.gazetv.com