# EXHIBIT 11



# MINUTES

of the

## Annual Shareholders' Meeting

## of

# SingularDTV

held on Wednesday, 12 December, 2018

1:30 pm – 1:50 pm ET

At the offices of SingularDTV, 40 Fulton Street, 5th Floor, New York, NY 10038

Invitees:

- Arie Levy-Cohen, Director, Chairman, represented by Joseph Lubin
- Zach LeBeau, Director
- Joseph Lubin, Director
- Carl Volz, US Counsel of SingularDTV
- Martin Trepp, CFO of SingularDTV
- Simon Wälti, Head Legal Counsel of SingularDTV

## 1. Introductions

President of SingularDTV GmbH opens the meeting. He appoints Simon Waelti as Secretary, teller and head of the meeting.

The head of the meeting notes that 86% of the capital of the company of CHF 20'000.00 is represented in this meeting. Furthermore, the head notes that Arie Levy-Cohen, who owns 14% of the company's shares, is rightfully represented by Joseph Lubin. The respective PoA is shown to all participants. All owners and representatives of any shares have given their consent to hold this shareholders meeting.

The sharholders' assembly has a quorum for all decisions according both to the law and the articles of association as well as the bylaws of the company.

- Attendees check, proxies, etc
- Quorum

## 2. Agenda items

- Approval of annual report of the Board of Directors

The CEO presents the annual report. The report is being approved by the shareholders.

- Approval of annual financial statements

The annual financial statements have been distributed to the shareholders together with the invitation of this meeting. The shareholders take note of the audited financial statements, dated from 24 October 2018, and approve the audited financial statements.

- Decision regarding the use of the net result

The shareholders decide unilaterally to keep all assets in the company.

- Discharge of the Board of Directors

The shareholders assembly unilaterally grants discharge to all members of the board of the company for the business years 2016/2017.

- (Re-)Elections

The shareholders assembly hereby re-elects all members of the board for another one-year tenure.

- Various

No further items.

New York, 12 December 2018

CEO
Zachary LeBeau

Secretary
Simon Waelti