# EXHIBIT 15

# Minutes
# Of the
# Shareholders' General Assembly
# of
# SingularDTV

Held on Thursday, 2 May 2019

12:00 pm – 12:15 pm ET

At the offices of SingularDTV, 40 Fulton Street, 5th Floor, New York, NY 10038

Invitees:

- -- Arie Levy-Cohen, Director, Chairman, represented by Joseph Lubin
- -- Joseph Lubin, Director
- -- Zach LeBeau, Director
- -- Carl Volz, US Counsel of SingularDTV
- -- Martin Trepp, CFO of SingularDTV

1. **Introductions**

Chief Executive Officer of SingularDTV GmbH opens the meeting. He appoints Carl Volz as Secretary, teller and head of the meeting.

The head of the meeting notes that 86% of the capital of the company of CHF 20,000 is represented in this meeting. Furthermore, the head notes that Arie Levy-Cohen, who owns 14% of the company's shares, is rightfully represented by Joseph Lubin. All owners and representatives of any shares have given their consent to hold this shareholders meeting.

The shareholders assembly has a quorum for all decisions according both to the law and the Articles of Association, as well as the bylaws of the company.

2. **Agenda Items**

   -- Approval of annual report of the Board of Directors

The CEO presents the annual report. The report is approved by the shareholders.

   -- Approval of annual financial statements

The annual financial statements have been distributed to the shareholders together with the invitation to this meeting. The shareholders take note of the audited financial statements dated from 17 April 2019, and approve the audited financial statements.

   -- Decision regarding the use of the net profit of the Company

The shareholders vote to carry forward the net profits and to keep said net profits within the Company.

   -- Discharge of the Board of Directors

The shareholders assembly unilaterally grants discharge to all members of the Board of the Company for the business years 2018

   -- Election of the auditors

The shareholders assembly hereby re-elects the Company's auditors, KBT Treuhand AG Zug, Neuhofstrasse 5A, 6340 Baar, for another one-year tenure.

No further items were discussed and the General Assembly was adjourned

New York, 2 May 2019

Signed:

_____  
Zach LeBeau  
CEO

_____  
Carl Volz  
Secretary