# EXHIBIT 17



MINUTES

Of the

Board of Directors Meeting

of

SingularDTV


Held on August 8, 2019

10:30 am – 1:00  pm ET


At the offices of SingularDTV, 40 Fulton Street, 5th Floor, New York, NY 10038

**Attendees:**

- **Zach LeBeau, Director**
- **Joseph Lubin, Director**
- **Kim Jackson, President, SingularDTV LLC; Chief Operating Officer, SingularDTV GmbH**
- **Carl Volz, US Counsel**
- **Amrita Rizal, Director of Corporate Compliance**
- **Troy Murray, Director of Strategy**
- **Matt Corva, Head Legal, ConsenSys**
- **Milad Mostavi, ConsenSys**

1

1. **Introductions**

    Attendance was taken and it was noted that Director and Chairman Arie Levy-Cohen was represented by Director Joseph Lubin, by virtue of the proxy previously executed by Mr. Levy Cohen.

2. **Corporate Governance**

    a. **Departure of Martin Trepp**

    Ms. Jackson informed that Mr. Trepp, who had been advising the Company on its finances as an independent contractor, would be leaving his position effective this month.  Ms. Jackson explained that Mr. Trepp had provided invaluable guidance during his tenure but that his work was essentially done and his compensation could no longer be justified given tightening budget constraints.

    b. **Appointment of Amrita Rizal as Resident Director**

    Given Mr. Trepp's departure, Ms. Jackson explained that the role of Resident Director of the Company would be assumed by long-serving Chief Compliance Officer Amrita Rizal, effective immediately.  Ms. Rizal was directed to work with Swiss counsel to file the appropriate paperwork with the commercial register in Switzerland to effect the transition.

    c. **Shifting Management Roles and Focus**

    Ms. Jackson and Mr. LeBeau discussed with the Board Mr. LeBeau's desire to serve in a more strategic and less operational role, potentially leaving his position as Chief Executive Officer and assuming the role of Chief Strategic Officer.  The Board discussed and ultimately agreed that Ms. Jackson would assume the role of Chief Executive Officer of the Company.

    d. **Proposal for treatment of Founders Tokens**

    Mr. Volz led a privileged and confidential discussion discussed with the Board on possible solutions for the current legal impasse over the treatment of the so-called "Founders' Tokens".  After discussion and questions, the matter was tabled until further notice.

    e. **Arie Levy-Cohen**

    Mr. Volz led a privileged and confidential discussion with the Board regarding the status of Mr. Levy-Cohen's position as a Board member and shareholder of the Company.  After discussion and questions, the matter was tabled until further notice.

    f. **Proposal for Appointment of New Directors**

    Ms. Jackson led a discussion about the long-standing plan to increase the size of the Board and the possibility of introducing truly independent members.  After discussion and questions, the Board asked Ms. Jackson to work with Swiss and US Counsel to devise a specific plan to increase the size of the Board and identify and seat new, independent members within the next 6-9 months.

3. **Corporate Structure and Plan**

    a. **B2C and B2B Business Opportunities**

    Mr. LeBeau made a presentation to the Board about a possible strategic shift from the Company's primarily consumer-facing content distribution system to one in which the Company develops and sells business-to-business software as a service. Board members asked questions and Mr. LeBeau and Ms. Jackson answered questions and promised additional information at future Board Meetings.

    i. **Proposal for change to corporate structure to optimize B2C and B2B**

    Mr. Volz led a privileged and confidential discussion about possible changes to the Company's corporate structure which might better facilitate B2C and nascent B2B plans and potentially allow the Company to raise funds from crypto or traditional investors. The Board authorized Mr. Volz to consult with outside counsel to further explore changes to corporate structure and potential fund raising.

    ii. **Potential private raise to fund B2B project**

    Mr. Volz led a privileged and confidential discussion about a possible fund raise to facilitate the development of B2B software as a service business. Board members asked questions and Mr. Volz answered questions and provided a potential road map to a private fund raise in the United States. Board members asked Mr. Volz to report on the progress regarding a future private raise at the next Board meeting.

    b. **SNGLS 2.0 and DAO**

    Messrs. Mostavi, Murray and LeBeau led an extensive discussion of the Company's latest plans for SNGLS 2.0 to reignite the Company's SNGLS token ecosystem, as well as the possibility of creating a foundation from which to issue SNGLS 2.0. Mr. Lubin asked numerous questions and the Board discussed extensively the proposals presented. The Board directed Messrs. Mostavi, Murray and LeBeau to formalize the plan and present a budget at an upcoming meeting.

4. **Future Board Meetings 2019**

    The Board directed management to schedule additional meetings in the third and fourth quarters of 2019, in accordance with the business needs of the Company and schedules of Board members.

Signed:

/s/ Carl E. Volz
Secretary