# EXHIBIT 21



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**2021 11 29 [DE 10.7] Mraz Declaration - PI - Exhibit 7**" is, to the best of my knowledge and belief, a true and accurate translation from German into English.

_____
Jacqueline Yorke

Sworn to before me this
December 7, 2021

_____
Signature, Notary Public



_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# Commercial register of canton Zug

Canton of Zug

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | CH-170.4.014.388-1 | 1 |
|---|---|---|---|---|---|---|
| CHE-143.156.740 | Limited liability company | 12/02/2016 | | | | |

All data

| In | Ca | Business name | Ref. | Legal seat |
|---|---|---|---|---|
| 1 | | **SingularDTV GmbH** | 1 | Zug |
| 1 | | (SingularDTV Sàrl) (SingularDTV LLC) | | |

| Ref. | Capital | In | Mo | Ca | Shares | Partner (see personal data) | In | Ca | Company address |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 20,000.00 | 1 | | 2m | ~~86 x 100.00~~ | ~~Lebeau, Zachary James~~ | 1 | 4 | ~~Gubelstrasse 11~~ |
| | | 1 | | | 86 x 100.00 | Lubin, Joseph Michael | | | ~~6300 Zug~~ |
| | | 1 | | 3m | ~~28 x 100.00~~ | ~~Levy Cohen, Arie Yehuda~~ | 4 | 7 | ~~Gotthardstrasse 26~~ |
| | | | 2 | 13m | ~~86 x 100.00~~ | ~~LeBeau, Zachary James~~ | | | ~~6300 Zug~~ |
| | | | 3 | 8m | ~~28 x 100.00~~ | ~~Levy Cohen, Arie Yehuda~~ | 7 | 9 | ~~Gartenstrasse 6~~ |
| | | | 8 | | 28 x 100.00 | Levy Cohen, Arie Yehuda | | | ~~6300 Zug~~ |
| | | | 13 | 14m | ~~86 x 100.00~~ | ~~LeBeau, Zachary James~~ | 9 | | Poststrasse 30 |
| | | | 14 | | 86 x 100.00 | LeBeau, Zachary James | | | 6300 Zug |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 1 | | Development, marketing, distribution, and licensing of software, in particular creation of a blockchain and Ethereum-based production and distribution platform, as well as development, marketing, distribution, and licensing of high-quality film and TV content; full description of purpose according to the Articles of Association | | | |

| In | Ca | Remarks | Ref. | Date of the acts |
|---|---|---|---|---|
| 1 | | Notifications to the shareholders are executed via letter, fax, or email | 1 | 10/28/2016 |
| 1 | 5 | ~~By way of declaration dated 07/21/2016, the right to a limited audit was waived.~~ | | |

| In | Ca | Qualified facts | Ref. | Official publication |
|---|---|---|---|---|
| | | | 1 | SHAB (Schweizerische Handelsamtsblatt [Swiss Official Gazette of Commerce]) |

| In | Ca | Additional payments and statutory duty of accessory payments | In | Ca | Branch offices |
|---|---|---|---|---|---|
| 1 | | Ancillary performance obligations, right of first offer, right of first refusal according to the Articles of Association | | | |

| Ref. | Journal | Date | SOGC | Date SOGC | Page / Id | Ref. | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15175 | 12/02/2016 | 238 | 12/07/2016 | 3206807 | 8 | 10946 | 07/29/2019 | 147 | 08/02/2019 | 1004688648 |
| 2 | 1195 | 01/27/2017 | 22 | 02/01/2017 | 3319961 | 9 | 12830 | 09/05/2019 | 174 | 09/10/2019 | 1004712993 |
| 3 | 10760 | 08/22/2017 | 164 | 08/25/2017 | 3715249 | 10 | 13111 | 09/11/2019 | 178 | 09/16/2019 | 1004716643 |
| 4 | 13854 | 10/30/2017 | 213 | 11/02/2017 | 3846427 | 11 | 10809 | 08/04/2020 | 152 | 08/07/2020 | 1004953643 |
| 5 | 1000 | 01/18/2018 | 15 | 01/23/2018 | 4008349 | 12 | 15996 | 11/11/2020 | 223 | 11/16/2020 | 1005023326 |
| 6 | 2608 | 02/16/2018 | 36 | 02/21/2018 | 4069463 | 13 | 15037 | 08/02/2021 | 150 | 08/05/2021 | 1005265235 |
| 7 | 4679 | 04/03/2018 | 66 | 04/06/2018 | 4154749 | 14 | 18676 | 10/15/2021 | 204 | 01/20/2021 | 1005316378 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 1 | | 2m | ~~Lebeau, Zachary James, American citizen, in Lucerne~~ | ~~partner and manager~~ | ~~single signature~~ |
| 1 | | | Lubin, Joseph Michael, Canadian citizen, in New York (US) | partner and manager | single signature |
| 1 | | 3m | ~~Levy Cohen, Arie Yehuda, American citizen, in New Jersey (US)~~ | ~~partner and president of the management~~ | ~~single signature~~ |
| 1 | | 6 | ~~Sterchi, Herbert, from Zofingen, in Lucerne~~ | ~~director~~ | ~~single signature~~ |
| | 2 | 13m | ~~LeBeau, Zachary James, American citizen, in New York (US)~~ | ~~partner and manager~~ | ~~single signature~~ |
| | 3 | 8m | ~~Levy Cohen, Arie Yehuda, Spanish citizen, in Thalwil~~ | ~~partner and president of the management~~ | ~~single signature~~ |

Zug, 11/11/2021 03:18 AM

Continuation on the following page

![Canton of Zug] **Canton of Zug**

# Commercial register of canton Zug

| CHE-143.156.740 | | | SingularDTV GmbH | | Zug | 2 |
|---|---|---|---|---|---|---|
| 5 | | | KBT Revisions AG, branch in Baar (CHE-365.026.377), in Baar | auditor | | |
| | 8 | | Levy Cohen, Arie Yehuda, Spanish citizen, in New Jersey (US) | partner and president of the management | single signature | |
| 10 | | 11 | ~~Rizal Vijay, Amrita, Indian citizen, in Stallikon~~ | ~~manager~~ | ~~single signature~~ | |

All data

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 12 | | | Allenspach, Patrik, from Kreuzlingen, in Meierskappel | having right to sign | single signature |
| | 13 | 14m | ~~LeBeau, Zachary James, American citizen, in New York (US)~~ | ~~partner and manager~~ | ~~without signing rights~~ |
| | | 14 | LeBeau, Zachary James, American citizen, in New York (US) | partner | without signing rights |

Zug, 11/11/2021 03:18 AM

The information above is given [without] commitment and is in no way legally binding.