# EXHIBIT 23

**Subject:** Re: Circular Resolutions and Power of Attorney
**Date:** Friday, February 14, 2020 at 6:21:48 AM Eastern Standard Time
**From:** Zach LeBeau
**To:** Amrita Rizal
**CC:** joseph.lubin@consensys.net, Arie Yehuda Levy Cohen, Carl Volz, Kim Jackson, Arie Levy-Cohen

Hello Amrita, thank you for winding down these obsolete companies and lowering our burn. This helps extend our runway. I approve and support these actions.

On Thu, Feb 13, 2020 at 8:39 AM Amrita Rizal <arizal@breaker.io> wrote:
> Dear Board members,
>
> Please find attached the resolutions for waiving the debts of the 3 companies : Blockkeeper, Paycheck and Codex Holdings. Since SingularDTV is one of the shareholders in these companies and is the only one that paid for the operational activities of these companies, the Board of SingularDTV must waive the debts so I can start signing and filing the documents with the Swiss authorities to close these companies.
>
> Please also approve the Power of Attorney for our lawyer by responding to this email, so he can work on the liquidation and to appoint me as the managing director so I can sign off on financials and company closure documents.
>
> Kindly, respond to this email as soon as possible with all of your approvals so I can sign on behalf of SingularDTV and submit the documents.
>
> Thank you in advance for your swift action.
>
> Kind Regards,
>
> **Amrita Rizal**
> Head of Compliance
> --
> +41 79 108 59 38  / www.Breaker.io
> Poststrasse 30 | 6300 Zug, Switzerland
> Zurich · New York · Los Angeles · Hong Kong · Tokyo