# EXHIBIT 25

| | |
|---|---|
| **From:** | Alicja Gniady |
| **To:** | Patrik Allenspach |
| **Subject:** | FW: 3 GmbH sub-wallets |
| **Date:** | Thursday, July 30, 2020 10:00:42 AM |

FYI

**Alicja Gniady**
Accountant

www.Breaker.io
Poststrasse 30, 6300 Zug, Switzerland
New York / Zug / Los Angeles / Hong Kong

*Please note my working days are Monday-Thursday

**From:** Zach LeBeau <zachlebeau@gmail.com>
**Sent:** Thursday, 30 July 2020 15:26
**To:** Edward Greenwood <egreenwood@breaker.io>
**Cc:** Alicja Gniady <agniady@breaker.io>; Carl Volz <cvolz@breaker.io>; Kim Jackson <kim@breaker.io>
**Subject:** Re: 3 GmbH sub-wallets

Alicja, Carl, Ed, final 2 GmbH SNGLS sub wallets for shareholders have been created.

Zach
`0x4a64b4dbd6ccba32c13e9361bb15069d66ba484b`

Joe
`0xce69f7b6a7a3bfd30526b20022b12a3349859f36`

```
ETH test transactions of 0.011 ETH sent to both,
https://etherscan.io/tx/0x8a70d7cdbf039e26726708f6da341e8c9b986d0c7541db2f61f425069f2e9816
https://etherscan.io/tx/0xd00c58befddd6c51830295badd117ca5612c05e448de54db1a2c2fb38b92e470

0.001 ETH sent back from above two wallet addresses to cold wallet to ensure functionality
and control
https://etherscan.io/tx/0xa8df2e3366cd9411f82865c4dbf73db522e212b08c4c58a57532e3258efad55f
https://etherscan.io/tx/0x0d28b829a960bc95a7a407e43bdd34a245e648746cbfec434f0253a5a018e202

100,000,000 SNGLS placed into each wallet address
https://etherscan.io/tx/0x0c022d89bafa86df765566bfbf15ede2f67d877a5fd97d1ec07d2304e73a8aff
https://etherscan.io/tx/0x1defd67f7c0f9cbb13fdb83f94e518fcf6916a868468658410abcf68fcf80076

IMPORTANT NOTE 1:
As of Thursday, July 30, Zach has taken control of the wallet designated to him.  It is to
be logged as a dividend payment within 30 days and withholding tax reserved within 30 days
unless otherwise specified by GmbH Legal and Compliance.

Arie and Joe have yet to claim their wallets designated to them.  Therefore, those SNGLS
remain under the control and jurisdiction of the GmbH in their designated sub accounts.

IMPORTANT NOTE 2:
Due to changes in blockchain and crypto infrastructure, SingularDTV's wallet management
and security controls are obsolete and at times not functional.  Wallet management and
security controls need to be updated as soon as possible.
```

On Tue, Jul 28, 2020 at 2:00 PM Zach LeBeau <zachlebeau@gmail.com> wrote:

> Ed,

Re: SingularX, seems like a json issue.  We'll need a dev that at least knows javascript.  Would you ask Adam if Yung, Evan or Aderianna can take a look at it?

Trade reports attached.

On Tue, Jul 28, 2020 at 11:39 AM Edward Greenwood <egreenwood@breaker.io> wrote:

> Hi Zach,
>
> When you get a chance, please also send the Binance download for the conversion of the 23.2 million SNGLS into 991.62 ETH, which took place between July 17 and 22.
>
> Thanks,
> Ed
>
>
> **Edward Greenwood**
> Controller
>
> 212 289 0772 x 110 / www.Breaker.io
> 217 Water St. Suite 201. New York, NY  10038
> New York / Zug / Los Angeles / Hong Kong
>
> ---
>
> **From:** Zach LeBeau <zachlebeau@gmail.com>
> **Sent:** Wednesday, July 22, 2020 1:48 PM
> **To:** Alicja Gniady <agniady@breaker.io>; Edward Greenwood <egreenwood@breaker.io>; Carl Volz <cvolz@breaker.io>; Kim Jackson <kim@breaker.io>
> **Subject:** 3 GmbH sub-wallets
>
> Hello All, Carl and Patrik are finalizing with Swiss tax experts a strategy regarding the distribution of founders/shareholders SNGLS tokens.
>
> Founders/shareholders tokens are in the process of being moved into 3 new GmbH sub-wallets.  These wallets are intended to be temporary and all 3 sub-wallets will remain under the GmbH/Swiss jurisdiction while Carl, Patrik and their legal/tax advisors finalize the tax and distribution strategy of these tokens.  The only SNGLS that will remain in the original GmbH coldwallet are official SingularDTV Treasury tokens.
>
> 1 of the 3 sub-wallets has already been formed.
>
> The address is: **0x96fd16a682bfb425b911a474b1c2e8324f4f4014**
>
> 100,000,000 founders/shareholders SNGLS have been transferred into it.
>
> https://etherscan.io/tx/0xc59b5bebb75bc7703ca2b5b490744203f0bb88ab191386b893aeb40f12277bc7
>
> 0.11 ETH was deposited into this wallet for gas fees.  All remaining ETH will be returned to the GmbH

when this wallet is closed.

https://etherscan.io/tx/0xd5dbdf8299efb84026c5310217b1c60553860ac3194e3849831cd1fb17aa3888

This wallet is labeled as "Arie Levy Cohen SNGLS"

The current balance is 76,800,000 SNGLS.

20,000,000 SNGLS
https://etherscan.io/tx/0x07b8200e6baf9938ec03e3f9b521414f196451b03db08b30a671647950c45029

Then 3,200,000 SNGLS
https://etherscan.io/tx/0x8a4faaba861f5199ff6307e644f890ca2c13623651d0178835cefc8870506e53

Were sent from this sub-wallet into Binance for conversion and payment of Arie Levy Cohen's debt to the GmbH.

Alicja, please note that Arie's debt to the GmbH of 223,986.60 CHF has now been settled through the sale of 23,200,000 SNGLS.  These SNGLS were converted into **991.62438** ETH and sent back to the GmbH cold wallet.  The 991.62438 ETH equals 223,986.60 CHF or 240,987.63 USD.  The price of ETH in USD at time of conversion was 243.02 USD.

https://etherscan.io/tx/0xcd5333af87c13028fe215eddee7bbd54f4719e3f8ec8a8b77741d5760ce089d2

Will send the info and addresses re: the other 2 sub-wallets when they are formed.