# EXHIBIT 27

| | |
|---|---|
| **From:** | Edward Greenwood |
| **To:** | Judy Wernsing; Patrik Allenspach |
| **Subject:** | FW: ETH-USD - Trade Summary - SingularDTV, LLC - 04/15/2021 |
| **Date:** | Friday, April 16, 2021 2:18:42 PM |
| **Attachments:** | image001.png |

FYI – Here are details of an ETH trade Zach did yesterday. Wire came into the LLC today..

Ed

**Edward Greenwood**
Controller

212 289 0772 x 110 / www.Breaker.io a SingularDTV.com company
217 Water St. Suite 201. New York, NY  10038
New York / Zug / Los Angeles / Hong Kong

**From:** Zach LeBeau <zachlebeau@gmail.com>
**Sent:** Friday, April 16, 2021 4:24 AM
**To:** Cumberland Operations <operations@cumberland.io>
**Cc:** Edward Greenwood <egreenwood@breaker.io>; Kim Jackson <kim@breaker.io>; Zach LeBeau <zlebeau@breaker.io>; Cumberland Trades <trades@cumberland.io>
**Subject:** Re: ETH-USD - Trade Summary - SingularDTV, LLC - 04/15/2021

Thank you. 250 ETH sent.
TX: https://etherscan.io/tx/0x5d7c4eaaf2bdc232e22085d8c8f6f8022caab976aefb842a7adef5e21a2580e8

On Thu, Apr 15, 2021 at 1:02 PM Cumberland Operations <operations@cumberland.io> wrote:

> Dear Counterparty,
>
> We are sending you this email summary of the terms of the binding trade that was recently executed between you and Cumberland. The terms and conditions of the Cryptocurrency Master Purchase Agreement entered into between you and Cumberland (the MPA) govern the settlement of this trade. The information below is subject in all respects to the MPA.
>
> | | |
> |---|---|
> | Cumberland buys: | 250.00 ETH |
> | Price: | 2,410.00 / ETH |
> | Total proceeds: | $602,500.00 |
>
> 94e2d7bd-0ebc-4890-a4d1-74f59ea1d3b7 - This is your trade ID.
>
> Our wallet is:
>
> **0x3d83898c713ab127f6a844aec4fcef8e66d1ddfe**
>
> You are required to send 250.00 ETH within 24 hours of your acceptance of the trade. To expedite the settlement process, please reply with a blockchain transaction ID after sending

the cryptocurrency to Cumberland. Lack of a TxID delays settlement. Once we receive the cryptocurrency, we will deliver our side of the trade to you.

If we do not have your wire instructions, please complete (and return) the attached counterparty banking template as soon as possible. In order to prevent wire delays, please ensure to complete the entire template by populating every field with the required information. Note that both the 'Bank Address' and 'Account Holder Address' information must be provided, and neither address may be a PO BOX.

Thank you for your cooperation.

SETTLEMENT INSTRUCTIONS:
- Any wire/coin received after 2:00 PM Central Standard Time (CST) will be settled on the following day.
- All wires must settle in full AND the originating account must match the name exactly as provided when onboarded.
- Cumberland will not accept 3rd party wires and will promptly return funds to the originating bank.
- 94e2d7bd-0ebc-4890-a4d1-74f59ea1d3b7 - This is your trade ID.


Adam Nickels



This e-mail and any attachments may contain information that is confidential and proprietary and otherwise protected from disclosure. If you are not the intended recipient of this e-mail, do not read, duplicate or redistribute it by any means. Please immediately delete it and any attachments and notify the sender that you have received it by mistake. Unintended recipients are prohibited from taking action on the basis of information in this e-mail or any attachments. The DRW Companies make no representations that this e-mail or any attachments are free of computer viruses or other defects.