# EXHIBIT 28

| | |
|---|---|
| **From:** | Patrik Allenspach |
| **To:** | Zach LeBeau; Zach LeBeau; Joseph Lubin; arielevycohen@gmail.com |
| **Cc:** | Carl Volz; michael.kriak@mesh.xyz |
| **Subject:** | Closing the 2019 financial statements and filing tax declaration within fiscal deadline |
| **Attachments:** | 2019 SingularDTV GmbH_Audit Report_draft.pdf |
| | Board resolutions in relation with the 2019 financial closing SDTV.pdf |
| | Valuation of the crypto assets Dec 2019_final.pdf |
| | Confirmation of the Balance Zach LeBeau CHF.pdf |
| | Confirmation of the Balance Zach LeBeau ETH.pdf |
| | Confirmation of the Balance Arie Levy Cohen.pdf |
| **Importance:** | High |

Dear Board of Directors of SingularDTV GmbH

With this mail we are initiating the steps required to close the company 2019 financial statement, which will enable us to file tax declaration in June and avoid missing a fiscal deadline. We would like to emphasize that we are dealing with the 2019 financials – not 2020 – and that we cannot extend the deadlines any further.

In brief, the steps necessary to approve the 2019 financials are:
1. With the BoD members: Acknowledge the pre-final 2019 financials and collect the required board resolutions and confirmations which are formally required to make the 2019 financials final.
Also, pass a written resolution to call for a shareholder meeting to approve financials; this shareholder meeting will then also be done by written resolution.
2. With the shareholders: Schedule and conduct a shareholder meeting (via written resolution) to a) approve the 2019 financials and b) re-elect the auditor for another 1-year term
3. File the tax report in June

Carl Volz, Mike Kriak and I will follow up with board members/shareholders as needed to answer questions and facilitate the approval process in this and the following steps.

For the abovementioned step 1, we kindly ask you to perform the following actions within 1 week.
a. Review and approve via e-mail the 2019 DRAFT financial statements.
They have been audited and the "draft" disclaimer refers to the fact that formally some documents are missing, which we will ask you to help us complete (see point c and d below).

b. Review and approve via e-mail the board resolutions in relation to the 2019 financial closing, consisting of the 4 points:
b.1) Adjust the valuation of ETH (from FIFO) to market value as per end of 2019
b.2) Change the valuation method of ETH from FIFO to market value going forward
b.3) Reverse the "provision for payout to SNGLS token holders"
b.4) Reverse the valuation of the company's 400m SNGLS back (from market valuation) to 1CHF to be in-line with applicable tax ruling and to reduce the risk of taxation.
You can approve these resolutions by email by simply responding to this email with a statement that you "approve the board resolutions in relation to the 2019 financial closing." Please note that these are only the accounting resolutions that were circulated in advance of the last scheduled board meeting. Board members are not currently considering the remaining board resolutions at this time.

c. Review and sign the document "Valuation of the crypto assets Dec 2019_final.pdf", to acknowledge the crypto balances and to confirm the keys to the wallets are under control of the GmbH.  Please scan your signature and return the scan by email at your earliest convenience and send the wet signature to me, below, as soon as possible.
(Note: this document has already been signed by BoD members in the past, but I need to re-issue and have signed again because of adjusted valuation of ETH/see b.1)

d. Review and sign the balance confirmations (two confirmations to be signed by Zachary LeBeau,  one confirmation to be signed by Arie Levy Cohen) as per end of 2019. This is a formal requirement for the auditor to have evidence that balances are correct and that he can issue the final audit statement. This can be seen similar to a bank's confirmation on the year-end balance as of end of 2019.  Again, please note that these are balances as of the end of 2019.  I know that there have been changes to these balances in 2020 but for now we just need to acknowledge the balances as of the end of 2019.  And again, return your scanned signatures and mail the originals to me at your earliest convenience.

As mentioned above, please conduct the foregoing steps (a through d) and, in your reply, please answer the following questions by Friday April 30th:
- Do you approve the 2019 pre-final financial statements so they can be finalized YES/NO
- Do you approve the 4-point board resolution related to 2019 year-end closing YES/NO
- Do you approve to continue and set-up/scheduling of a shareholder meeting to a) approve 2019 financials and b) re-elect the auditor YES/NO

With your reply, please add:
- All board members: A scan of your signed "Valuation of the crypto assets Dec 2019_final.pdf" form.
  Please send the wet-sign copy to me by mail for our physical records in Zug.
- Zachary LeBeau and Arie Levy Cohen: A scan of the respective signed balance confirmations
  Please send the wet-sign copy to me by mail for our physical records in Zug.

If you have questions or concerns, feel free to ask myself, Carl Volz or Mike Kriak who are all aware of the details of the process and will be able to help.

Best Regards
Patrik


**Patrik Allenspach**
Resident Signatory SingularDTV

+41 79 460 70  40 / www.Breaker.io
Poststrasse 30 | 6300 Zug | Switzerland
New York / Zug / Los Angeles / Hong Kong