# EXHIBIT 29

# Patrik Allenspach

| | |
|---|---|
| **Von:** | Edward Greenwood |
| **Gesendet:** | Mittwoch, 17. März 2021 14:29 |
| **An:** | Patrik Allenspach |
| **Betreff:** | RE: LLC Financials - Jan |

Hi Patrik,
Writers Block was the entity we created to fund the production of "San Pedro", which was 1 of the 4 original promises to token holders. However, up until now, San Pedro never got past the writing stage.

If you look back in the history of GmBH records, there are interco payable transactions on 15 Jun 2018 and 24 Jun 2019, where we funded Writers Block LLC. The 4'675 was a return of most of the unused funds. You can look back at those transactions to see what accounts were originally debited, but my guess is that it was one of the film investment accounts.

Ed


**Edward Greenwood**
Controller

212 289 0772 x 110 / www.Breaker.io a SingularDTV.com company
217 Water St. Suite 201. New York, NY  10038
New York / Zug / Los Angeles / Hong Kong

---

**From:** Patrik Allenspach <pallenspach@breaker.io>
**Sent:** Wednesday, March 17, 2021 8:20 AM
**To:** Edward Greenwood <egreenwood@breaker.io>
**Subject:** AW: LLC Financials - Jan

Hi Ed

Re the Deposit Writers Block USD 4'675.49/transaction on Feb 10th. To which account (owned by the GmbH) was this credited?
I need this info to properly book it and make the balances reconcile.

Regards
Patrik

---

**Von:** Edward Greenwood <egreenwood@breaker.io>
**Gesendet:** Dienstag, 16. März 2021 17:38
**An:** Patrik Allenspach <pallenspach@breaker.io>
**Cc:** Kim Jackson <kim@breaker.io>; Judy Wernsing <jwernsing@breaker.io>; Edward Greenwood <egreenwood@breaker.io>
**Betreff:** LLC Financials - Jan

Hi Patrik,

Attached is the Jan invoice and Interco Payable for the LLC. Let me know if you have any questions. We can discuss any questions you have on Thursday

1

Thanks!

Ed


**Edward Greenwood**
Controller

212 289 0772 x 110 / www.Breaker.io
217 Water St. Suite 201. New York, NY  10038
New York / Zug / Los Angeles / Hong Kong