UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
  SINGULARDTV GmbH,                                            :
                                                               :
                                     Plaintiff,                :
                  -against-                                    :
                                                               :   21-CV-10130 (VEC)
  ZACHARY LEBEAU and KIMBERLY                                  :
  JACKSON,                                                     :
                                                               :
                                     Defendants.               :
------------------------------------------------------------- X
------------------------------------------------------------- X
  SINGULARDTV, GmbH,                                           :
                                                               :
                                     Plaintiff,                :
                  -against-                                    :
                                                               :   21-CV-6000 (VEC)
  JOHN DOE,                                                    :
                                                               :        ORDER
                                     Defendant.                :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/22

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a conference on Friday, February 25, 2022;

IT IS HEREBY ORDERED that the parties in both of the above-captioned cases must submit a joint letter and proposed discovery schedule not later than **March 11, 2022**. If the parties cannot resolve the issues set forth in Plaintiff's motion for expedited discovery in 21-CV-10130, the Court will set a briefing schedule at that time.

**SO ORDERED.**

Date: February 25, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**