UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/18/22
```

SINGULARDTV, GMBH,

                Plaintiff,

v.

JOHN DOE,

                Defendant.

Case No. 1:21-cv-06000 (VEC)

## NOTICE OF WITHDRAWAL OF SINGULARDTV GMBH'S MOTION TO INTERVENE OR, IN THE ALTERNATIVE, SUBSTITUTE COUNSEL

**PLEASE TAKE NOTICE** that SingularDTV GmbH, by and through its undersigned counsel, hereby withdraws its Motion (Dkt. No. 11) for an order granting leave to intervene as of right under Federal Rule of Civil Procedure 24(a), or, in the alternative, to substitute counsel under Local Civil Rule 1.4.

In withdrawing its Motion, SingularDTV GmbH does not consent to Morrison-Tenenbaum PLLC's purported representation of it in this action. SingularDTV GmbH expressly reserves and does not waive its rights in this regard.

Dated: New York, New York
      March 17, 2022

Respectfully submitted,

/s/ Benjamin J. A. Sauter
Benjamin J. A. Sauter
Christopher S. Cogburn
Alexa R. Perlman
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220

*Attorneys for Plaintiff SingularDTV GmbH*

---

Application GRANTED. The Clerk of Court is respectfully directed to close the open motions at Dockets 11 and 35.

SO ORDERED.

*[signature]* 3/18/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE