EXHIBIT 3

**jerald@m-t-law.com**

---

**From:** King, Karen <kking@maglaw.com>
**Sent:** Thursday, October 7, 2021 4:09 PM
**To:** jerald@m-t-law.com
**Subject:** Singular DTV GmbH v. John Doe

Mr. Tenenbaum,

I'm reaching out to set up a call with you about the subpoena you are trying to serve on Binance Holdings.  Please let me know when you might be available.  Thanks.

Best,
Karen

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.