EXHIBIT 4

**jerald@m-t-law.com**

| | |
|---|---|
| **From:** | King, Karen <kking@maglaw.com> |
| **Sent:** | Wednesday, October 13, 2021 5:30 PM |
| **To:** | jerald@m-t-law.com |
| **Subject:** | RE: Singular DTV GmbH v. John Doe |

Hi Jerald,

Nice speaking with you earlier this week.  My client is wondering if there was a police report filed by your client about the theft, and whether there is an ongoing police investigation.  That would be helpful to know.  Is that something you can share?

Many thanks,
Karen

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

**From:** King, Karen
**Sent:** Thursday, October 7, 2021 4:09 PM
**To:** jerald@m-t-law.com
**Subject:** Singular DTV GmbH v. John Doe

Mr. Tenenbaum,

I'm reaching out to set up a call with you about the subpoena you are trying to serve on Binance Holdings.  Please let me know when you might be available.  Thanks.

Best,
Karen

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

Morvillo Abramowitz
Grand Iason & Anello PC

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.