EXHIBIT 5

**jerald@m-t-law.com**

| | |
|---|---|
| **Subject:** | FW: [External] RE: Singular DTV GmbH v. John Doe |

**From:** jerald@m-t-law.com <jerald@m-t-law.com>
**Sent:** Thursday, October 14, 2021 12:07 PM
**To:** King, Karen <kking@maglaw.com>
**Subject:** [External] RE: Singular DTV GmbH v. John Doe

I believe they did file cybercrime reports. May I ask why that would be relevant?

Jerald Tenenbaum

**Morrison-Tenenbaum | Attorneys**
87 Walker Street, Second Floor
New York, NY 10013

jerald@m-t-law.com | map | m-t-law.com

Tel 212 620 0938 | Dir 646 927 1409