**jerald@m-t-law.com**

**Subject:**　　　　　　　　FW: [External] RE: Singular DTV GmbH v. John Doe

**From:** King, Karen <kking@maglaw.com>
**Sent:** Thursday, October 14, 2021 12:14 PM
**To:** jerald@m-t-law.com
**Subject:** RE: [External] RE: Singular DTV GmbH v. John Doe

It is easier for them to disclose information if it is part of a law enforcement investigation or request.  It also raises red flags if the requesting party has not reported the crime.  Is there a way to ask the officer in charge of the criminal investigation to request the information?  Perhaps a letter or maybe I can speak to him/her?

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

Morvillo Abramowitz
Grand Iason & Anello PC

1