**jerald@m-t-law.com**

| | |
|---|---|
| **Subject:** | FW: [External] RE: Singular DTV GmbH v. John Doe |

**From:** jerald@m-t-law.com <jerald@m-t-law.com>
**Sent:** Thursday, October 14, 2021 1:22 PM
**To:** 'King, Karen' <kking@maglaw.com>
**Subject:** RE: [External] RE: Singular DTV GmbH v. John Doe

So, I have confirmed that a cybercrime claim was filed with the FBI immediately following the incident. According to the FBI (who just hung up on me – I'm probably on an OFAC list after that call), the only way to find out status of any ongoing investigation is to visit the NY Field office. The cybercrime unit does not take calls.

We filed a complaint in the Southern District of New York to recover the stolen crypto, and the court granted our request for pre-answer discovery to try to uncover the identity of the Doe. There should be no doubt that our client takes this matter very seriously irrespective of whether the FBI is building a case.

Jerald Tenenbaum

**Morrison-Tenenbaum | Attorneys**
87 Walker Street, Second Floor
New York, NY 10013

jerald@m-t-law.com | map | m-t-law.com

Tel 212 620 0938 | Dir 646 927 1409