**jerald@m-t-law.com**

| | |
|---|---|
| **Subject:** | FW: [External] RE: Singular DTV GmbH v. John Doe |

**From:** King, Karen <kking@maglaw.com>
**Sent:** Tuesday, October 26, 2021 11:41 AM
**To:** jerald@m-t-law.com
**Subject:** RE: [External] RE: Singular DTV GmbH v. John Doe

Subject to FRP 408

Hi Jerald,

I finally heard back from the client. If you have a contact to whom the incident was reported at the FBI (or other law enforcement agency), Binance is willing to provide information to law enforcement directly. It isn't willing to provide information to a private litigant. Do you have a particular contact, or any correspondence that might identify the right person to try to coordinate through? I'm happy to make calls and try to get an email myself. I'm sorry this is complicated. We are navigating a bunch of internal policies and regulatory risk with disclosure of user information.

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

**From:** King, Karen <kking@maglaw.com>
**Sent:** Wednesday, October 20, 2021 6:29 PM
**To:** jerald@m-t-law.com
**Subject:** Re: [External] RE: Singular DTV GmbH v. John Doe

I'll check on this tonight.

**Karen R. King**
kking@maglaw.com
917-348-6220 (cell)