**jerald@m-t-law.com**

**Subject:** FW: [External] RE: Singular DTV GmbH v. John Doe

**From:** jerald@m-t-law.com <jerald@m-t-law.com>
**Sent:** Wednesday, October 27, 2021 8:06 PM
**To:** 'King, Karen' <kking@maglaw.com>
**Subject:** RE: [External] RE: Singular DTV GmbH v. John Doe

Karen,

Whether there is an ongoing criminal investigation is irrelevant for purposes of the civil case (and as I explained, information that is out of reach for either of us). If Binance is not willing to provide even the limited information we discussed previously, we will have no choice but to seek judicial intervention to obtain the full scope of the demand.

Obviously, Binance is not restricted by any regulatory authority in this country (or the UK) from providing the identity of a wallet holder; and the Binance terms of service/privacy policy anticipate discretionary release of PII where there is a breach of the terms of service (as is the case here). If Binance needs to do so disclose the information confidentially, we can discuss options, but outright refusal to comply with the subpoena is just inviting an unnecessary expenditure of resources on both sides.

Why don't we discuss by phone whether there are any other avenues to explore.

Jerald Tenenbaum

**Morrison-Tenenbaum | Attorneys**
87 Walker Street, Second Floor
New York, NY 10013

jerald@m-t-law.com | map | m-t-law.com

Tel 212 620 0938 | Dir 646 927 1409