**jerald@m-t-law.com**

| | |
|---|---|
| **Subject:** | FW: [External] RE: Singular DTV GmbH v. John Doe |

**From:** King, Karen <kking@maglaw.com>
**Sent:** Tuesday, November 2, 2021 9:33 PM
**To:** Jerald Tenenbaum <jerald@m-t-law.com>
**Subject:** RE: [External] RE: Singular DTV GmbH v. John Doe

Ok.  Cell phone (below) is easiest.

**Karen R. King**
Partner
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
212-880-9403 (Office)
917-348-6220 (Mobile)
kking@maglaw.com
www.maglaw.com

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

**From:** Jerald Tenenbaum <jerald@m-t-law.com>
**Sent:** Tuesday, November 2, 2021 9:31 PM
**To:** King, Karen <kking@maglaw.com>
**Subject:** Re: [External] RE: Singular DTV GmbH v. John Doe

How about noon?

Jerald Tenenbaum

Morrison-Tenenbaum | Attorneys
87 Walker Street, Second Floor
New York, NY 10013

jerald@m-t-law.com | map | m-t-law.com

Tel 212 620 0938 | Dir 646 927 1409


On Tue, Nov 2, 2021, 8:02 PM King, Karen <kking@maglaw.com> wrote:

> Subject to FRE 408
>
> I can get on the phone tomorrow.  An ongoing criminal investigation is relevant to a proposed path forward.  If you are willing to share the FBI complaint or contact, I'd be happy to try myself because Binance has been cooperative with other FBI investigations.  I don't think it is accurate to say Binance is not restricted by regulations and laws from disclosing confidential financial information about account holders to assist a private litigant seeking to investigate or prosecute a claim.  And we have, as you know, a fundamental disagreement about the jurisdiction of the US court to

1

issue a subpoena.  Maybe there is some other path forward.  Happy to discuss.  The morning and early afternoon is better than late afternoon.

**Karen R. King**

Partner

Morvillo Abramowitz Grand Iason & Anello PC

565 Fifth Avenue

New York, NY 10017

212-880-9403 (Office)

917-348-6220 (Mobile)

kking@maglaw.com

www.maglaw.com

---

**From:** jerald@m-t-law.com <jerald@m-t-law.com>
**Sent:** Tuesday, November 2, 2021 5:47 PM
**To:** King, Karen <kking@maglaw.com>
**Subject:** RE: [External] RE: Singular DTV GmbH v. John Doe

Karen,

Just following up here. Thx.

Jerald Tenenbaum

**Morrison-Tenenbaum | Attorneys**
87 Walker Street, Second Floor
New York, NY 10013

jerald@m-t-law.com | map | m-t-law.com

Tel 212 620 0938 | Dir 646 927 1409