# Exhibit 12





November 03, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774651037197

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | San Francisco, CA, |
| | | Delivery date: | Aug 27, 2021 10:30 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 774651037197 | Ship Date: | Aug 26, 2021 |
| | | Weight: | |

Recipient:
San Francisco, CA, US,

Shipper:
New York, NY, US,

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Case 1:21-cv-06000-VEC    Document 43-14    Filed 05/06/22    Page 4 of 11





November 03, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774650940802

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | L. LAURA MALLIN | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | LONDON, LO, |
| | | **Delivery date:** | Aug 31, 2021 11:25 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774650940802 | **Ship Date:** | Aug 26, 2021 |
| | | **Weight:** | 0.3 LB/0.14 KG |
| **Recipient:** | | **Shipper:** | |
| LONDON, LO, GB, | | NEW YORK, NY, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.



dEx. | Shipping ˅ | Tracking ˅ | Design & Print ˅ | Locations ˅ | Support ˅ | Sign Up or Log In

**TIME ZONE**
Local Scan Time

### Tuesday, September 14, 2021
| | | |
|---|---|---|
| 11:54 AM | GEORGE TOWN KY | In transit |

### Tuesday, September 7, 2021
| | | |
|---|---|---|
| 3:05 PM | GEORGE TOWN KY | Delay<br>Rerouted to revised delivery address |
| 3:05 PM | GEORGE TOWN KY | Ready for recipient pickup<br>Package available for pickup at: 321 DORCY DRIVE, INDUSTRIAL PA |

### Monday, September 6, 2021
| | | |
|---|---|---|
| 2:57 PM | GEORGE TOWN KY | Delay<br>Shipment Refused by recipient. |
| 8:18 AM | GEORGE TOWN KY | On FedEx vehicle for delivery |

### Tuesday, August 31, 2021
| | | |
|---|---|---|
| 2:41 PM | GEORGE TOWN KY | Ready for recipient pickup<br>Package available for pickup at: 321 DORCY DRIVE |
| 2:40 PM | GEORGE TOWN KY | At local FedEx facility |
| 2:40 PM | GEORGE TOWN KY | Delay<br>Rerouted to revised delivery address |

### Monday, August 30, 2021
| | | |
|---|---|---|
| 2:14 PM | GEORGE TOWN KY | Delay<br>Shipment Refused by recipient. |
| 9:14 AM | GEORGE TOWN KY | On FedEx vehicle for delivery |

### Friday, August 27, 2021
| | | |
|---|---|---|
| 5:55 PM | GEORGE TOWN KY | At local FedEx facility |
| 5:54 PM | GEORGE TOWN KY | International shipment release - Import |
| 5:54 PM | GEORGE TOWN KY | At local FedEx facility |
| 5:54 PM | GEORGE TOWN KY | Delay<br>Package at station, arrived after courier dispatch. |
| 5:53 PM | GEORGE TOWN KY | Local Delay<br>Delay beyond our control |
| 5:53 PM | GEORGE TOWN KY | In transit<br>Package available for clearance |
| 8:05 AM | MIAMI, FL | In transit |
| 8:05 AM | MIAMI, FL | In transit |
| 6:29 AM | MIAMI, FL | At destination sort facility |
| 3:33 AM | MEMPHIS, TN | Departed FedEx hub |
| 1:49 AM | MEMPHIS, TN | In transit |

### Thursday, August 26, 2021
| | | |
|---|---|---|
| 11:13 PM | MEMPHIS, TN | Arrived at FedEx hub |
| 9:59 PM | NEWARK, NJ | Departed FedEx hub |
| 8:47 PM | NEWARK, NJ | Arrived at FedEx hub |
| 8:15 PM | NEW YORK, NY | Left FedEx origin facility |
| 7:33 PM | NEW YORK, NY | Picked up |
| 3:57 PM | | Shipment information sent to FedEx |



TO SANDRA EPP RYAN
HAMRE, SCHUMANN, MUELLER & LARSON
45 SOUTH SCEVENTH STREET
SUITE 2700
MINNEAPOLIS MN 55402
(212) 620-0938

FRI - 27 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 7746 5100 9716
0201



November 03, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774651009716

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | L.GAD | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | MINNEAPOLIS, MN, |
| | | Delivery date: | Aug 27, 2021 10:56 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 774651009716 | Ship Date: | Aug 26, 2021 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| MINNEAPOLIS, MN, US, | New York, NY, US, |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.





November 03, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774651136491

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.SADAUSKIENE | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | VILNIUS, |
| | | **Delivery date:** | Aug 30, 2021 11:48 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774651136491 | **Ship Date:** | Aug 26, 2021 |
| | | **Weight:** | 0.3 LB/0.14 KG |

**Recipient:**  
VILNIUS, LT,

**Shipper:**  
NEW YORK, NY, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.