UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**SINGULAR DTV GmbH,**

        *Plaintiff,*

  v.

**JOHN DOE**,

        *Defendant.*

**NOTICE OF MOTION**

Civil Action No. 1:21-cv-06000-VEC

    PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and supported by the accompanying Memorandum of Law and the Declaration of Jerald M. Tenenbaum, Plaintiff, SingularDTV GmbH, will move this Court at the United States Courthouse for the District Court for the Southern District of New York, 40 Foley Square, New York, NY, before the Honorable Valerie Figuerdo, United States Magistrate Judge, for an order compelling compliance with Subpoena to Binance Holdings Limited. Plaintiff hereby certifies that the parties have met and conferred in good faith via telephone and e-mail in compliance with FRCP 37(a)(1) regarding the relief sought in this motion, and counsel for Binance has not agreed to the relief sought herein.

    Dated:  May 6, 2022
              New York, NY

                                        MORRISON TENENBAUM PLLC

                                        By: <u>/s/ Jerald Tenenbaum</u>
                                              Jerald M. Tenenbaum
                                              87 Walker Street, Second Flr.
                                              New York, NY 10013
                                              Tel.: (212) 620 0938
                                              E-Mail: jerald@m-t-law.com

                                              *Attorneys for Plaintiff*