# Exhibit 12



TO  **BAM TRADING SERVICES INC**
   **BINANCE US**
   **1 LETTERMAN DRIVE**
   **SUITE C3-800**
   **SAN FRANCISCO CA 94129**
   (212) 620-0938        REF

**FRI - 27 AUG 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201  **7746 5103 7197**

 November 03, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774651037197

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | San Francisco, CA, |
| | | Delivery date: | Aug 27, 2021 10:30 |
| Shipping Information: | | | |
| Tracking number: | 774651037197 | Ship Date: | Aug 26, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| San Francisco, CA, US, | | New York, NY, US, | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.



**TO BINANCE MARKETS LIMITED**

**167-169 GREAT PORTLAND STREET**

**LONDON LO W1W 5PF** (GB)
2126200938    REF:
INV
PO    DEPT

A1

TRK# **7746 5094 0802**    **INTL PRIORITY**
0430



November 03, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774650940802

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | L. LAURA MALLIN | Delivery Location: | |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday | | LONDON, LO, |
| | | Delivery date: | Aug 31, 2021 11:25 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774650940802 | Ship Date: | Aug 26, 2021 |
| | | Weight: | 0.3 LB/0.14 KG |
| Recipient: | | Shipper: | |
| LONDON, LO, GB, | | NEW YORK, NY, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.



to BINANCE HOLDINGS LIMITED
BINANCE HOLDINGS LIMITED
23 LIME TREE BAY AVENUE
SUITE 5204
GEORGE TOWN  KY11104   **(KY)**
2126200938
INV          REF
PO                    DEPT

**FedEx.**
Express

**E**

**PM**

TRK# **7746 5086 1705**     **INTL PRIORITY**
0430

| | | |
|---|---|---|
| dEx. | Shipping ⌄   Tracking ⌄   Design & Print ⌄   Locations ⌄   Support ⌄ | Sign Up or Log In ⊙   🔍 |

**TIME ZONE**
Local Scan Time   ⌄

**Tuesday, September 14, 2021**

| 11:54 AM | GEORGE TOWN KY | In transit |
|---|---|---|

**Tuesday, September 7, 2021**

| 3:05 PM | GEORGE TOWN KY | Delay<br>Rerouted to revised delivery address |
|---|---|---|
| 3:05 PM | GEORGE TOWN KY | Ready for recipient pickup<br>Package available for pickup at: 321 DORCY DRIVE, INDUSTRIAL PA |

**Monday, September 6, 2021**

| 2:57 PM | GEORGE TOWN KY | Delay<br>Shipment Refused by recipient. |
|---|---|---|
| 8:18 AM | GEORGE TOWN KY | On FedEx vehicle for delivery |

**Tuesday, August 31, 2021**

| 2:41 PM | GEORGE TOWN KY | Ready for recipient pickup<br>Package available for pickup at: 321 DORCY DRIVE |
|---|---|---|
| 2:40 PM | GEORGE TOWN KY | At local FedEx facility |
| 2:40 PM | GEORGE TOWN KY | Delay<br>Rerouted to revised delivery address |

**Monday, August 30, 2021**

| 2:14 PM | GEORGE TOWN KY | Delay<br>Shipment Refused by recipient. |
|---|---|---|
| 9:14 AM | GEORGE TOWN KY | On FedEx vehicle for delivery |

**Friday, August 27, 2021**

| 5:55 PM | GEORGE TOWN KY | At local FedEx facility |
|---|---|---|
| 5:54 PM | GEORGE TOWN KY | International shipment release - Import |
| 5:54 PM | GEORGE TOWN KY | At local FedEx facility |
| 5:54 PM | GEORGE TOWN KY | Delay<br>Package at station, arrived after courier dispatch. |
| 5:53 PM | GEORGE TOWN KY | Local Delay<br>Delay beyond our control |
| 5:53 PM | GEORGE TOWN KY | In transit<br>Package available for clearance |
| 8:05 AM | MIAMI, FL | In transit |
| 8:05 AM | MIAMI, FL | In transit |
| 6:29 AM | MIAMI, FL | At destination sort facility |
| 3:33 AM | MEMPHIS, TN | Departed FedEx hub |
| 1:49 AM | MEMPHIS, TN | In transit |

**Thursday, August 26, 2021**

| 11:13 PM | MEMPHIS, TN | Arrived at FedEx hub |
|---|---|---|
| 9:59 PM | NEWARK, NJ | Departed FedEx hub |
| 8:47 PM | NEWARK, NJ | Arrived at FedEx hub |
| 8:15 PM | NEW YORK, NY | Left FedEx origin facility |
| 7:33 PM | NEW YORK, NY | Picked up |
| 3:57 PM | | Shipment information sent to FedEx |

TO **SANDRA EPP RYAN**
**HAMRE, SCHUMANN, MUELLER & LARSON**
**45 SOUTH SCEVENTH STREET**
**SUITE 2700**
**MINNEAPOLIS MN 55402**
(212) 620-0938          REF



**FRI - 27 AUG 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201  **7746 5100 9716**



November 03, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774651009716

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | L.GAD | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | MINNEAPOLIS, MN, |
| | | Delivery date: | Aug 27, 2021 10:56 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774651009716 | Ship Date: | Aug 26, 2021 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| MINNEAPOLIS, MN, US, | | New York, NY, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account
number of the shipment must be provided.



TO BINANCE UAB

DIDIOJI G. 18

VILNIUS
2126200938          REF:
INV:
PO:                      DEPT:

(LT)

FedEx. Express

E

PM
INTL PRIORITY

TRK#  7746 5113 6491
0430



November 03, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774651136491

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.SADAUSKIENE | Delivery Location: | |
| Service type: | International Priority | | |
| Special Handling: | Deliver Weekday | | VILNIUS, |
| | | Delivery date: | Aug 30, 2021 11:48 |
| Shipping Information: | | | |
| Tracking number: | 774651136491 | Ship Date: | Aug 26, 2021 |
| | | Weight: | 0.3 LB/0.14 KG |

Recipient:

VILNIUS, LT,

Shipper:

NEW YORK, NY, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.