**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/22

**SINGULAR DTV GmbH,**

        *Plaintiff,*

v.

**JOHN DOE**,

        *Defendant.*

**NOTICE OF MOTION**

Civil Action No. 1:21-cv-06000-VEC

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and supported by the accompanying Memorandum of Law and the Declaration of Jerald M. Tenenbaum, Plaintiff, SingularDTV GmbH, will move this Court at the United States Courthouse for the District Court for the Southern District of New York, 40 Foley Square, New York, NY, before the Honorable Valerie Caproni [~~Figuerdo~~], United States ~~Magistrate~~ Judge, for an order compelling compliance with Subpoena to Binance Holdings Limited. Plaintiff hereby certifies that the parties have met and conferred in good faith via telephone and e-mail in compliance with FRCP 37(a)(1) regarding the relief sought in this motion, and counsel for Binance has not agreed to the relief sought herein.

Dated: May 6, 2022
       New York, NY

MORRISON TENENBAUM PLLC

By: /s/ Jerald Tenenbaum
    Jerald M. Tenenbaum
    87 Walker Street, Second Flr.
    New York, NY 10013
    Tel.: (212) 620 0938
    E-Mail: jerald@m-t-law.com

*Attorneys for Plaintiff*

Binance Holdings Limited must respond to Plaintiff's motion to compel not later than **May 30, 2022**. Plaintiff must reply not later than **June 6, 2022**. Plaintiff must serve this order on Binance and post proof of service on the Docket not later than **May 11, 2022**.
SO ORDERED.

*[signature]* 5/9/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE