UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SINGULARDTV GmbH,

                              Plaintiff,

      - against-

JOHN DOE,

                              Defendant.
------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No.: 1:21-cv-060000 VEC

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

**Jerald Tenenbaum** being duly sworn, deposed and says:

I am over the age of eighteen, and I am not a party to this action. On Wednesday, May 11, 2022, I served a true copy of the above Motion to Compel Compliance with Plaintiff's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action via electronic mail and/or by depositing true copies in an official depository under the exclusive care and custody of FedEx addressed to the following person(s) or business(es) at the last known address set forth below:

        BINANCE MARKETS LIMITED
        167-169 Great Portland Street
        London, W1W 5PF
        United Kingdom

        SANDRA EPP RYAN, ESQ.
        HAMRE, SCHUMAN, MUELLER & LARSON, P.C.
        45 South 7th Street
        Suite 2700
        Minneapolis, MN 55402

BINANCE HOLDINGS LIMITED
23 Lime Tree Bay Avenue
Suite 5-204
George Town, Grand Cayman,
KY 11104
Cayman Islands

BINANCE U.S.
BAM TRADING SERVICES, INC.
1 Letterman Drive
Building C, Suite C3-800
San Francisco, CA 94129

BINANCE UAB
Didzioji g. 18
Vilnius, Lithuania

Karen R. King (vie e-mail)
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
kking@maglaw.com

Dated: May 11, 2022
       New York, NY

_____
Jerald Fenenbaum

NATHALIE TAUCHNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TA6039889
Qualified in New York County
My Commission Expires April 10, ~~2018~~ 2026

Sworn to before, the undersigned, this 11th day of May 2022

_____
NOTARY PUBLIC