# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

May 17, 2022

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

       **Re:   SingularDTV GmbH v. Doe**
            **Civil Action No.: 1:21-cv-6000-VEC**

Dear Judge Caproni,

     Pursuant to Your Honor's Order of May 9, 2022 (Doc. No. 47 and 48) in the above-referenced matter, Plaintiff has served (a) its Motion to Compel Binance Holdings Limited to comply with our previously served subpoena, and (b) subpoenas on Mr. Patrik Allenspach, Kobre & Kim LLP, and Mr. Kevin Madura demanding documents and information related to the cyber incident described in Plaintiff's Complaint. Affidavits of service have been filed simultaneous with this Status Report.

                                                     Respectfully submitted,

                                                       Jerald M. Tenenbaum,
                                                       Morrison Tenenbaum, PLLC