UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SINGULARDTV, GmbH,

                                     Plaintiff,

        - against-

JOHN DOE,

                                 Defendant.
-------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No.: 1:21-cv-060000 VEC

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK )

**Jerald Tenenbaum** being duly sworn, deposed and says:

I am over the age of eighteen, and I am not a party to this action. On Saturday, May 14, 2022 I served a true copy of the above Plaintiff's subpoena Pursuant to Federal Rule of Civil Procedure 45 on Benjamin Sauter to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action via electronic mail and/or by depositing true copies in an official depository under the exclusive care and custody of FedEx addressed to the following person(s) or business(es) at the last known address set forth below:

        Kobre & Kim LLP
        Attn: Benjamin Sauter
        800 Third Avenue
        New York, NY 10022

[SIGNATURE PAGE TO FOLLOW]

Dated: May 14, 2022
      New York, New York

_____
Jerald M. Tenenbaum

Sworn to before, the undersigned, this 14th day of May 2022

_____
NOTARY PUBLIC

NATHALIE TAUCHNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TA6039889
Qualified in New York County
My Commission Expires April 10, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SINGULARDTV, GmbH,

                              Plaintiff,                 **AFFIDAVIT OF SERVICE**

    - against-                                        Civil Action No.: 1:21-cv-060000 VEC

JOHN DOE,

                              Defendant.
-------------------------------------------------------------------X

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

**Jerald Tenenbaum** being duly sworn, deposed and says:

I am over the age of eighteen, and I am not a party to this action. On Saturday, May 14, 2022 I served a true copy of the above Plaintiff's subpoena Pursuant to Federal Rule of Civil Procedure 45 on Patrik Allenspach to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action via electronic mail and/or by depositing true copies in an official depository under the exclusive care and custody of FedEx addressed to the following person(s) or business(es) at the last known address set forth below:

        SingularDTV GmbH
        Attn: Patrik Allenspach
        Poststrasse 30
        6300 Zug
        Switzerland

[SIGNATURE PAGE TO FOLLOW]

Dated: May 14, 2022
     New York, New York

_____
Jerald M. Tenenbaum

Sworn to before, the undersigned, this 14th day of May 2022

_____
NOTARY PUBLIC

NATHALIE TAUCHNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TA6039889
Qualified in New York County
My Commission Expires April 10, ~~2018~~ 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SINGULARDTV, GmbH,

                            Plaintiff,

    - against-

JOHN DOE,

                            Defendant.
-------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No.: 1:21-cv-060000 VEC

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

    **Umme Rahman** being duly sworn, deposed and says:

    I am over the age of eighteen, and I am not a party to this action. On Monday, May 16, 2022 I served a true copy of the above Plaintiff's subpoena Pursuant to Federal Rule of Civil Procedure 45 on Kevin Madura to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action via electronic mail and/or by depositing true copies in an official depository under the exclusive care and custody of FedEx addressed to the following person(s) or business(es) at the last known address set forth below:

                AlixPartners, LLP
                C T Corporation System
                28 Liberty Street
                New York, NY 10005

                AlixPartners, LLP
                Attn: Kevin Madura
                909 Third Avenue
                New York, NY 10022

            [SIGNATURE PAGE TO FOLLOW]

Dated: May 16, 2022
   New York, New York

_____
Umme Rahman

Sworn to before, the undersigned, this 16th day of May 2022

NATHALIE TAUCHNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TA6039889
Qualified in New York County
My Commission Expires April 10, 2018 2026

_____
NOTARY PUBLIC

Dated: May 16, 2022
       New York, New York

_____
Umme Rahman


Sworn to before, the undersigned, this ___ day of _____ 2022


_____
NOTARY PUBLIC