UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SINGULARDTV, GmbH,

                                      **AFFIDAVIT OF SERVICE**

                      Plaintiff,

        - against-                         Civil Action No.:
                                             1:21-cv-06000 VEC

JOHN DOE,

                      Defendant.
--------------------------------------------------------------------X

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

      **Jerald Tenenbaum** being duly sworn, deposed and says:

      I am over the age of eighteen, and I am not a party to this action. On Tuesday, May 31, 2022, I served a true copy of the order of the Court and the above Plaintiff's subpoena pursuant to Rule 45 of the Federal Rule of Civil Procedure by email to Douglass Pepe, and by depositing on June 2, 2022, true copies in an official depository under the exclusive care and custody of FedEx addressed to the following person(s) or business(es) at the last known address set forth below:

                  AlixPartners, LLP
                  C T Corporation System
                  28 Liberty Street
                  New York, NY 10005

                [SIGNATURE PAGE FOLLOWS]

SIGNATURE PAGE TO AFFIDAVIT OF SERVICE
ALIX PARTNERS LLP and KEVIN MADURA

Dated: June 2, 2022
          New York, New York

Jerald Tenenbaum

Sworn to before, the undersigned, this 2nd day
of _june_ 2022

**NATHALIE TAUCHNER**
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TA6039889
Qualified in New York County
My Commission Expires April 10, 2018 2026

NOTARY PUBLIC