AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SingularDTV GmbH | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-06000 |
| Doe | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kobre & Kim LLP.

Date:   06/13/2022

/s/Josef M. Klazen
*Attorney's signature*

Josef M. Klazen [JK1783]
*Printed name and bar number*

Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
*Address*

jef.klazen@kobrekim.com
*E-mail address*

(212) 488-1216
*Telephone number*

(212) 488-1220
*FAX number*