# EXHIBIT B

| | |
|---|---|
| **From:** | jerald@m-t-law.com |
| **To:** | "Benjamin J. A. Sauter" |
| **Cc:** | UmmeR@m-t-law.com |
| **Subject:** | RE: [EXTERNAL] Correspondence from Jerald Tenenbaum |
| **Date:** | Tuesday, May 17, 2022 6:01:26 AM |

Acknowledged that the email copy was sent on May 16, not May 13 as dated. The hard copy sent to Kobre & Kim by express courier on May 14 (also not May 13) includes a copy of the Allenspach demands in your capacity as counsel to SingularDTV GmbH. We have not asked (nor expected) Kobre Kim to accept service on behalf of Mr. Allenspach.

Umme will send you the Allenspach demands by email under separate cover (apologies for the oversight).

Jerald Tenenbaum

**Morrison-Tenenbaum | Attorneys**

87 Walker Street, Second Floor
New York, NY 10013

jerald@m-t-law.com | map | m-t-law.com

Tel 212 620 0938 | Dir 646 927 1409

---

**From:** Benjamin J. A. Sauter <Benjamin.Sauter@kobrekim.com>
**Sent:** Monday, May 16, 2022 5:47 PM
**To:** UmmeR@m-t-law.com
**Cc:** Jerald Tenenbaum <jerald@m-t-law.com>
**Subject:** Re: [EXTERNAL] Correspondence from Jerald Tenenbaum

Contrary to the cover letter, these were not emailed to me on May 13.

The cover letter references attaching document demands to Patrik Allenspach. Those document demands don't seem to be attached to your email, but in any event I do not not represent Mr. Allenspach and am not authorized to accept service on his behalf.

Best,

Benjamin J. A. Sauter
+1 212 488 1288

# KOBRE & KIM

[www.kobrekim.com](www.kobrekim.com)

**Americas** (New York, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

> On May 16, 2022, at 5:32 PM, Morrison-Tenenbaum, PLLC <UmmeR@m-t-law.com> wrote:
>
> Good evening,
>
> I hope this email finds you well.
>
> My name is Umme. I am the Legal Assistant at Morrison+Tenenbaum.
>
> Please find attached correspondence from Jerald Tenenbaum.
>
> If you have any questions- please do not hesitate to contact our office.
>
>
> Thank you,
>
> Umme Rahman
> Legal Assistant
>
> MORRISON + TENENBAUM PLLC
> 87 WALKER STREET, FLOOR 2, NEW YORK, NY 10013
> TEL: 212-620-0938 Ext 1000 | FAX: 646-998-1972
> WEB: www.m-t-law.com
>
> Notice: The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient of this communication or these attachments, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.

## MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

May 13, 2022

VIA FEDEX

Kobre & Kim LLP
Attn: Benjamin Sauter
800 Third Avenue
New York, NY 10022

Re:   SingularDTV GmbH v. Doe

Dear Mr. Sauter,

Please find enclosed our demand for documents and information on behalf of SingularDTV GmbH in connection with the above referenced action. A subpoena and supporting documents are being served upon you pursuant to an order of the Honorable Judge Valerie E. Caproni of the Southern District Court of New York. Should you have any questions about this letter or any enclosure, please contact me at +1 (212) 620-0938 or by email at jerald@m-t-law.com.

For your convenience, we have also enclosed a copy of the document demands on Mr. Patrik Allenspach in his various capacities as a representative of SingularDTV GmbH.

Sincerely,

Jerald M. Tenenbaum,
Morrison Tenenbaum, PLLC

Encl.