UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SINGULARDTV, GMBH, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Case No. 1:21-cv-06000 (VEC) |

**NOTICE OF MOTION TO QUASH RULE 45 SUBPOENA**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Non-Party Kobre & Kim LLP's Motion to Quash Rule 45 Subpoena, the Declaration of Josef M. Klazen in Support of Motion to Quash Rule 45 Subpoena, and any other argument or evidence that may be presented to the Court at a hearing on this matter, the undersigned will move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an order quashing the Information Subpoena served on Kobre & Kim on May 16, 2022.

Dated: June 15, 2022

Paris, France

                Respectfully submitted,

                /s/ Josef M. Klazen
                Josef M. Klazen
                Benjamin J. Sauter
                Calvin K. Koo
                Victor S. Leung
                KOBRE & KIM LLP
                800 Third Avenue
                New York, NY 10022
                Telephone: (212) 488-1200
                Facsimile: (212) 488-1220