# EXHIBIT 1

# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

March 17, 2022

**VIA E-MAIL**

Mr. Jerald Tenenbaum, Esq. (jerald@m-t-law.com)
Morrison-Tenenbaum PLLC
87 Walker Street
Second Floor
New York, NY 10013

> Re:    *SingularDTV GmbH v. Doe*, Case No. 1:21-cv-6000 (VEC) (S.D.N.Y.)

Dear Mr. Tenenbaum:

We write on behalf of SingularDTV GmbH (the "Company") regarding the Company's withdrawal of its Motion to Intervene or, in the Alternative, Substitute Counsel (the "Motion") in the above-referenced action (the "John Doe Action").

As you know, the Company does not agree and expressly denies that Morrison-Tenenbaum has authority to act on its behalf in the John Doe Action or otherwise. Although the Company has recently chosen to withdraw its Motion in light of the disproportionate economic costs that conducting discovery, motion practice, and an evidentiary hearing on the Motion would entail, the Company expressly reserves and does not waive its rights and remedies with respect to the John Doe Action, including without limitation any acts that Morrison-Tenenbaum purports to take on the Company's behalf without the Company's authorization. The Company denies any financial responsibility for Morrison-Tenenbaum's fees in pursuit of the John Doe Action or otherwise.

Sincerely,

 /s/ Benjamin J.A. Sauter

Benjamin J. A. Sauter
+1 212 488 1288
benjamin.sauter@kobrekim.com

*Attorney for SingularDTV GmbH*

AMERICAS (NEW YORK, BUENOS AIRES, CHICAGO, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
ASIA-PACIFIC (HONG KONG, SEOUL, SHANGHAI), **EMEA** (LONDON, TEL AVIV), **OFFSHORE** (BVI, CAYMAN ISLANDS)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.