# MORRISON TENENBAUM

June 23, 2022

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    **SingularDTV GmbH v. Doe; Civil Action No.: 1:21-cv-6000-VEC**

Dear Judge Caproni,

    Morrison Tenenbaum PLLC is current counsel to Plaintiff, SingularDTV GmbH in the above referenced matter. We write to request a brief extension of the deadlines related to the Motion to Quash filed on June 15, 2022, by Kobre & Kim LLP. The parties have agreed to the following timetable:

| | |
|---|---|
| Opposition / Cross Motions Due | June 30, 2022 |
| Replies / Responses Due | July 14, 2022 |
| Reply Due | July 21, 2022 |

We request the Court's approval of this schedule.

Respectfully submitted,

Jerald M. Tenenbaum, Esq. Morrison Tenenbaum PLLC
 87 Walker Street, Second Flr.
New York, NY 10013
(212) 620-0938
jerald@m-t-law.com
*Attorneys for Plaintiff*