UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SINGULARDTV GmbH,

                         Plaintiff,

     – against –                                 Case No. 21 Civ 6000 (VEC)

JOHN DOE,

                         Defendant.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Matthew V. Povolny, a partner of the firm Cohen & Gresser LLP, hereby appears as counsel of record for Non-Party AlixPartners LLP and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated:      June 30, 2022
               New York, New York

                                                    **COHEN & GRESSER LLP**

                                                    By: _/s/ Matthew V. Povolny_
                                                    Matthew V. Povolny
                                                    800 Third Avenue, 21st Floor
                                                    New York, New York 10022
                                                    Phone: (212) 957-7600
                                                    mpovolny@cohengresser.com

                                                    *Attorneys for Non-Party*
                                                    *AlixPartners LLP*