UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
            :
SINGULARDTV GmbH,            :
            :
        Plaintiff,       :
            :   Case No. 21 Civ 6000 (VEC)
  – against –          :
            :
JOHN DOE,           :
            :
        Defendant.     :
            :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas J. Pepe, a partner of the firm Cohen & Gresser LLP, hereby appears as counsel of record for Non-Party AlixPartners LLP and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated:      June 30, 2022
            New York, New York

                                              **COHEN & GRESSER LLP**

                                              By: */s/ Douglas J. Pepe*
                                              Douglas J. Pepe
                                              800 Third Avenue, 21st Floor
                                              New York, New York 10022
                                              Phone: (212) 957-7600
                                              dpepe@cohengresser.com

                                              *Attorneys for Non-Party*
                                              *AlixPartners LLP*