UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SINGULARDTV GmbH,

                Plaintiff,

   – against –

JOHN DOE,

                Defendant.

-------------------------------------------------------------x

Case No. 21 Civ 6000 (VEC)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra K. Theobald, an associate of the firm Cohen & Gresser LLP, hereby appears as counsel of record for Non-Party AlixPartners LLP and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated:    June 30, 2022
              New York, New York

**COHEN & GRESSER LLP**

By: /s/ A. Theobald
Alexandra K. Theobald
800 Third Avenue, 21st Floor
New York, New York 10022
Phone: (212) 957-7600
atheobald@cohengresser.com

*Attorneys for Non-Party*
*AlixPartners LLP*