UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SINGULARDTV GmbH,

                Plaintiff,

   – against –

JOHN DOE,

               Defendant.

-----------------------------------------------------------------x

Case No. 21 Civ 6000 (VEC)

**NOTICE OF MOTION TO QUASH SUBPOENA**

Oral Argument Requested

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support thereto, the Declaration of Alexandra K. Theobald in support thereto, and upon all prior papers, pleadings and proceedings in this action, non-party AlixPartners LLP, by its undersigned attorneys, Cohen & Gresser LLP, will move this Court before the Honorable United States District Judge Caproni, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be determined by the Court or as soon thereafter as counsel can be heard, for an order pursuant to Fed. R. Civ. P. Rule 45(d)(3) granting (i) this motion to quash the subpoena served on AlixPartners LLP on May 31, 2022, and (ii) such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 6.1 of the Local Rules for the Southern and Eastern District of New York, answering papers, if any, must be served by July 7, 2022 and reply papers, if any, must be served by July 11, 2022.

Dated:  June 30, 2022
         New York, New York

Respectfully submitted,

**COHEN & GRESSER LLP**

*/s/ Douglas J. Pepe*
Douglas J. Pepe
Mathew V. Povolny
Alexandra K. Theobald

800 Third Avenue, 21st Floor
New York, New York 10022
Phone:  (212) 957-7600
Fax:  (212) 957-4514
dpepe@cohengresser.com
mpovolny@cohengresser.com
atheobald@cohengresser.com

*Attorneys for Non-Party AlixPartners LLP*

To:

Jerald M. Tenenbaum
Morrison Tenenbaum, PLLC
87 Walker Street, 2nd Floor
New York, NY 10013
Phone:  (212) 620-0938
Fax:  (646) 998-1972
jerald@m-t-law.com

*Attorneys for Issuing Party*