UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SINGULARDTV GmbH,

              Plaintiff,

   – against –

JOHN DOE,

             Defendant.
-----------------------------------------------------------------x

Case No. 21 Civ 6000 (VEC)

**DECLARATION OF ALEXANDRA K. THEOBALD**

1. I, Alexandra K. Theobald, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

2. I am an attorney duly admitted to practice in the State of New York. I am a member of the bar in Southern District of New York. I am an associate with the law firm of Cohen & Gresser LLP, counsel for Non-Party AlixPartners LLP ("AlixPartners").

3. I submit this affirmation in support of AlixPartners' Motion to Quash the Information Subpoena served on AlixPartners on May 31, 2022 (the "Subpoena").

4. Annexed hereto as Exhibit A is a true and correct copy of the Subpoena.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2022
      New York, New York

*A. theobald*
Alexandra K. Theobald