UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
SINGULARDTV GmbH,                                                :
:       Case No. 21 Civ 6000 (VEC)
                              Plaintiff,                          :
:
        – against –                                              :
:       **[PROPOSED] ORDER**
JOHN DOE,                                                        :
:
                              Defendant.                         :
:
-----------------------------------------------------------------x

VALERIE CAPRONI, United States District Judge:

    WHEREAS Non-Party AlixPartners requests an order quashing the Rule 45 Subpoena

served pursuant to Federal Rule of Civil Procedure 45 on May 31, 2022, *see* Dkt. 69;

    IT IS HEREBY ORDERED that the Motion to Quash the Rule 45 Subpoena is

**GRANTED**.

    IT IS FURTHER ORDERED that within **30 days** of this order, Non-Party AlixPartners

shall submit to Plaintiff and this Court an accounting of reasonable costs and expenses in

connection with bringing the Motion to Quash the Rule 45 Subpoena.

IT IS FURTHER ORDERED that within **30 days** of filing of the aforementioned

accounting, Plaintiff shall reimburse AlixPartners for reasonable costs and expenses in

connection with bringing the Motion to Quash the Rule 45 Subpoena.

**SO ORDERED.**

Date: _____, ___ 2022
       New York, New York

 

_____

**VALERIE CAPRONI**
**United States District Judge**