# MORRISON TENENBAUM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/22

July 8, 2022

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re: **SingularDTV GmbH v. Doe; Civil Action No.: 1:21-cv-6000-VEC**

Dear Judge Caproni,

Morrison Tenenbaum PLLC is current counsel to Plaintiff, SingularDTV GmbH in the above referenced matter. We write to request a brief extension of the deadlines related to the Motion to Quash filed on June 30, 2022, by AlixPartners LLP. The parties have agreed to the following timetable:

| | |
|---|---|
| Opposition / Cross Motions Due | July 14, 2022 |
| Replies / Responses Due | July 28, 2022 |
| Reply Due | August 4, 2022 |

We request the Court's approval of this schedule.

Application GRANTED.

SO ORDERED.

*[signature]* 7/8/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

*[signature]*

Jerald M. Tenenbaum, Esq.
Morrison Tenenbaum, PLLC
87 Walker Street, Second Floor
New York, NY 10013
(212) 620-0938
Jerald@m-t-law.com
*Attorneys for Plaintiff*