# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

September 16, 2022

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

  RE: *SingularDTV GmbH v. John Doe*, No. 1:21-cv-06000 (VEC)

Dear Judge Caproni:

  We write to briefly address Morrison Tenenbaum's "status update" letter of September 15, 2022 [ECF No. 84].  That letter substantially repeats the unfounded requests made in Morrison Tenenbaum's earlier status update letters dated July 18, 2022 [ECF Nos. 78 & 79] and August 15, 2022 [ECF No. 82].  We responded to those letters on July 20, 2022 [ECF No. 80] and August 17, 2022 [ECF No. 83], respectively.  For the reasons we set forth in those letters, we respectfully submit that the Court should deny Morrison Tenenbaum's requests.

       Respectfully submitted,

        */s/ Calvin K. Koo*
       Calvin K. Koo
       Josef M. Klazen
       Benjamin J.A. Sauter
       KOBRE & KIM LLP
       800 Third Avenue
       New York, New York 10022

       *Attorneys for Non-Party Kobre & Kim LLP*

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.