# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

October 18, 2022

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    **Re:**  **SingularDTV GmbH v. Doe**
       **Civil Action No.: 1:21-cv-6000-VEC**

Dear Judge Caproni,

  Reference is made to updates provided by Morrison Tenenbaum PLLC in September and October. The Plaintiff is awaiting a ruling by your honor on the Motions to Quash filed by Alix Partners and Kobre & Kim LLP (both fully submitted). Plaintiff also renews its request for leave to issue a subpoena for documents related to the hacking incident and all subsequent SingularDTV investigations that are in the possession of Mr. Joseph Lubin so that Plaintiff may advance this case against the perpetrator of the hack.

  We apologize that this letter was not submitted on the 15th of the month as ordered.

                Respectfully submitted,

                Jerald M. Tenenbaum,
                Morrison Tenenbaum, PLLC