# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

October 20, 2022

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     RE:    *SingularDTV GmbH v. John Doe*, No. 1:21-cv-06000 (VEC)

Dear Judge Caproni:

     We write briefly to address Morrison Tenenbaum's "status update" letter of October 18, 2022 [ECF No. 86], which refers generally to "updates provided by Morrison Tenenbaum PLLC in September and October" [sic] and specifically to a previously made request for leave to issue a subpoena. For the reasons set forth in our letters dated July 20, 2022, August 17, 2022, and September 16, 2022 [ECF Nos. 80, 83 & 85, respectively], we respectfully submit that the Court should deny Morrison Tenenbaum's requests.

                                   Respectfully submitted,

                                   */s/ Calvin K. Koo*
                                   Calvin K. Koo
                                   Josef M. Klazen
                                   Benjamin J. A. Sauter
                                   KOBRE & KIM LLP
                                   800 Third Avenue
                                   New York, New York 10022

                                   *Attorneys for Non-Party Kobre & Kim LLP*

AMERICAS (NEW YORK, DELAWARE, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
APAC (HONG KONG, SEOUL, SHANGHAI), CARIBBEAN (BVI, CAYMAN ISLANDS), EMEA (CYPRUS, DUBAI, LONDON, TEL AVIV)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.