# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

November 15, 2022

**Via ECF**
The Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    **SingularDTV GmbH v. Doe, Case No. 1:21-cv-06000-VEC**
              **Status Report**

Honorable Judge Caproni:

    It has been brought to our attention that the shareholders of SingularDTV GmbH are currently in discussions regarding a potential global settlement of their internal disputes, including the direction of and control over the above-captioned case. In view of this positive development, our firm has been instructed to temporarily stand down on expedited discovery.

    We are optimistic that the relevant stakeholders will be able to reach an agreement on a unified strategy for identifying the defendant(s), which we look forward to sharing with the Court in next month's status report.

                                    Respectfully Submitted,

                                    **Morrison Tenenbaum, PLLC**

                              By:_____
                                  Jerald M. Tenenbaum
                                  87 Walker Street, Second Flr.
                                  New York, New York 10013
                                  Telephone: (212) 620-0938
                                  E-Mail: jerald@m-t-law.com