# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

December 14, 2022

**Via ECF**
The Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

  Re: **SingularDTV GmbH v. Doe, Case No. 1:21-cv-06000-VEC**
     **Status Report**

Honorable Judge Caproni:

  The parties in the above-captioned case have made significant progress towards resolution of their internal and related-party disputes. However, the process has taken quite a bit longer than expected due to the challenges of documenting a settlement that resolves all outstanding proceedings under the laws of both the United States and Switzerland. We thus request another thirty (30) days to set forth Plaintiff's plans for identifying the 'John Doe' defendant(s).

  We thank the court for its patience.

                Respectfully Submitted,

                **Morrison Tenenbaum, PLLC**

            By:_____
              Jerald M. Tenenbaum
              87 Walker Street, Second Flr.
              New York, New York 10013
              Telephone: (212) 620-0938
              E-Mail: jerald@m-t-law.com