# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET   2ND FLOOR   NEW YORK   NY   10013
PHONE 212.620.0938   FAX 646.998.1972

January 17, 2023

**Via ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    **SingularDTV GmbH v. Doe, Case No. 1:21-cv-06000-VEC**
             **Status Report**

Honorable Judge Caproni:

      Reference is made to our status report of December 14, 2022. I have been informed that the parties are finalizing a global settlement of all internal and related-party disputes in the United States and Switzerland. The process has been somewhat delayed due to the holidays, but it appears that a final resolution is imminent. We will notify the Court as soon as it is completed.

      We thank the court for its patience.

      Respectfully Submitted,

      **Morrison Tenenbaum, PLLC**

By: _____
     Jerald M. Tenenbaum
     87 Walker Street, Second Flr.
     New York, New York 10013
     Telephone: (212) 620-0938
     E-Mail: jerald@m-t-law.com