# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET   2ND FLOOR   NEW YORK   NY   10013
PHONE 212.620.0938   FAX 646.998.1972

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2023

January 17, 2023

**Via ECF**
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    **SingularDTV GmbH v. Doe, Case No. 1:21-cv-06000-VEC**
             **Status Report**

Honorable Judge Caproni:

     Reference is made to our status report of December 14, 2022. I have been informed that the parties are finalizing a global settlement of all internal and related-party disputes in the United States and Switzerland. The process has been somewhat delayed due to the holidays, but it appears that a final resolution is imminent. We will notify the Court as soon as it is completed.

     We thank the court for its patience.

                         Respectfully Submitted,

                         **Morrison Tenenbaum, PLLC**

                         By: _____
                         Jerald M. Tenenbaum
                         87 Walker Street, Second Flr.
                         New York, New York 10013
                         Telephone: (212) 620-0938
                         E-Mail: jerald@m-t-law.com

---

Plaintiff must submit a further status update to the Court regarding settlement progress not later than **Wednesday, February 15, 2023**.

SO ORDERED.

*[signature]* 01/19/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE