**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2023

# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

February 15, 2023

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:   **SingularDTV GmbH v. Doe**
                **Civil Action No.: 1:21-cv-6000-VEC**

Dear Judge Caproni:

    I am pleased to report that the owners of SingularDTV GmbH have reached an agreement resolving their internal disputes. The process of fulfilling certain conditions precedent and determining the direction of this case will take a bit of time; thus, Plaintiff requests that the deadline for submitting its next status update be moved to May 15, 2023.

    We thank the court for its patience and consideration.

Respectfully submitted,

Jerald M. Tenenbaum,
Morrison Tenenbaum, PLLC

---

Application GRANTED. Plaintiff must file a further status update regarding settlement progress not later than **Monday, May 15, 2023**.

SO ORDERED.

*Valerie Caproni*    02/17/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE