UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

SINGULAR DTV GmbH,    Civil Action No.

    Plaintiff,

                                                           1:21-cv-6000-VEC

    -against-

JOHN DOE,    **STIPULATION OF DISMISSAL**

    Defendant.

_____x

**IT IS HEREBY STIPULATED** that plaintiff, SingularDTV GmbH, through its undersigned counsel of record for this matter, hereby voluntarily dismisses the above-captioned action pursuant to Rule 41(a)1(A)(ii) of the Federal Rules of Civil Procedure, without costs or attorneys' fees.

Dated: New York, New York
        March 13, 2023

MORRISON TENENBAUM PLLC
*Attorneys for the Plaintiff*

By: /s/ Jerald Tenenbaum
    Jerald M. Tenenbaum
    87 Walker Street, Flr. 2
    New York, NY 10013


        Acknowledged and agreed:

        KOBRE & KIM LLP

        By: /s/ Josef M. Klazen
        Josef M. Klazen
        800 Third Avenue
        New York, New York 10022