USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__03/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

SINGULAR DTV GmbH,                                    Civil Action No.

        Plaintiff,

                              1:21-cv-6000-VEC

    -against-

JOHN DOE,                                            **STIPULATION OF DISMISSAL**
        Defendant.


_____x

**IT IS HEREBY STIPULATED** that plaintiff, SingularDTV GmbH, through its undersigned counsel of record for this matter, hereby voluntarily dismisses the above-captioned action pursuant to Rule 41(a)1(A)(ii) of the Federal Rules of Civil Procedure, without costs or attorneys' fees.

Dated: New York, New York
       March 13, 2023


MORRISON TENENBAUM PLLC
*Attorneys for the Plaintiff*

By: /s/ Jerald Tenenbaum
    Jerald M. Tenenbaum
    87 Walker Street, Flr. 2
    New York, NY 10013


          Acknowledged and agreed:

             KOBRE & KIM LLP

             By: Josef M. Klazen /wck
             Josef M. Klazen
             800 Third Avenue
             New York, New York 10022

The Clerk of Court is respectfully directed to close the case.
SO ORDERED.

_Valerie Caproni_          03/15/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE